# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff:

Asphalt Paving Systems, Inc.
550 N. Egg Harbor Road
Hammonton, NJ

Dosch-King Co., Inc.
16 Troy Hills Road
Whippany, NJ

Address of Defendant:

North Whitehall Township
3256 Levans Road
Coplay, PA 18037

Plumstead Township
5186 Stump Road
Plumsteadville, PA 18949

Solebury Township
3092 Sugan Road
Solebury Township, PA 18963

Upper Macungie Township
8330 Schantz Road
Breinigsville, PA

Borough of Macungie
21 Locust Street
Macungie, Lehigh County, PA

Lower Macungie Township
3400 Brookside Road
Macungie, PA 18062

Oley Township
1 Rose Virginia Road
Oley, PA 19547

Asphalt Maintenance Solutions, LLC
188 Jefferson Street
Emmanus, Lehigh County, PA

Place of Accident, Incident or Transaction: Various locations in Lehigh, Berks and Bucks Counties
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No X

Does this case involve multidistrict litigation possibilities? Yes☐ No X

*RELATED CASE, IF ANY:*

Case Number: ______________ Judge ______________ Date Terminated: ______________

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes☐ No X
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes☐ No X
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes☐ No X
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes☐ No X

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. X Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION

(*Check Appropriate Category*)

I, Raymond J. Went, Jr., Esq., counsel of record do hereby certify:

X Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

X Relief other than monetary damages is sought.

DATE: May 1 2012 [signature] Attorney-at-Law 91489 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE: May 1, 2012 [signature] Attorney-at-Law 91489 Attorney I.D.#

CIV. 609 (6/08)