# EXHIBIT A

HANKIN SANDMAN & PALLADINO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY, NJ 08401

STEPHEN HANKIN
Member of New Jersey
and District of Columbia Bars

ROBERT S. SANDMAN
Certified Civil Trial Attorney
Member of the New Jersey
and Pennsylvania Bars

JOHN F. PALLADINO
Member of the New Jersey Bar

AMY R. WEINTROB
Member of the New Jersey and
Florida Bars

RAYMOND J. WENT, JR.
Member of the New Jersey and
Pennsylvania Bars

COLIN G. BELL
Member of the New Jersey Bar

DIANA R. ZAMANI
Member of the New Jersey Bar

TELEPHONE NUMBER
(609) 344-5161

TELECOPY NUMBER
(609) 344-7913

Cape May Court House Office:
18 N. Main Street
Cape May Court House, NJ 08210
(609) 465-5557

E-MAIL: john@hankinsandman.com

Our File Number: A0217-12691

March 15, 2012

PLEASE RESPOND TO THE
ATLANTIC CITY OFFICE

VIA E-MAIL sales@hammakereast.com

Hammaker East, Ltd.
1514 Black Gap Road
Fayetteville, PA 17222

Re: Brecknock Township

Dear Sir/Madam:

Please be advised that this firm serves as counsel to Asphalt Paving Systems, Inc. ("APS"). I am writing with regard to an Advertisement for Bids issued by Brecknock Township in Berks County, Pennsylvania. The advertisement includes specifications which list Hammaker East, Ltd. as the sole source of "grip tight material" for the project.

APS intends to bid on this project and to do so without challenging the right of Brecknock to issue a sole source specification must confirm that you will agree to supply materials to APS pursuant to your standard terms and conditions.

The bid opening date is April 2, 2012. Accordingly, I need to have your response to this request on or before March 19th, 2012.

Very truly yours,

HANKIN SANDMAN & PALLADINO
Counsellors at Law
A Professional Corporation

By:__________________________
John F. Palladino, Esq.

JFP/kap
U:\My Files\Asphalt Paving\3-15-12 Hammaker.wpd

# EXHIBIT B

**Dosch King Co Inc.**

| | |
|---|---|
| **From:** | Barry Statler <Barry.Statler@hammakereast.com> |
| **Sent:** | Friday, April 13, 2012 4:11 PM |
| **To:** | Dosch King Co Inc. |
| **Cc:** | Terry Crouthamel Jr. |
| **Subject:** | RE: Grip Tight |

Peter,

Thank you for your interest in Grip Tight, as it is a superior product when applied correctly. Asphalt Maintenance Solutions is our distributor in that area and will be able to issue a quote on Upper Macungie Township. Here is their contact information for pricing and information regarding Grip Tight:

Asphalt Maintenance Solutions, LLC
188 Jefferson Street
Emmaus, PA 18049
v 610-797-2645

Barry K. Statler
Hammaker East Ltd.
717-352-8995
717-352-8187 fax
www.hammakereast.com

**From:** Dosch King Co Inc. [doschkingco@optimum.net]
**Sent:** Friday, April 13, 2012 1:35 PM
**To:** Barry Statler
**Subject:** Grip Tight

Good Afternoon:

Our company is looking for a price to purchase the Grip Tight material from your facility. We are preparing to bid on a job in Upper Macungie Township in Lehigh County on April 17, 2012. Please E-mail our price quote as soon as possible.

Sincerely,

Peter

**David J. King**
President
**Dosch King Co., Inc.**
16 Troy Hills Road
Whippany, NJ 07981
Office: 973.887.0145
Fax: 973.887.4942

AMS

ASPHALT MAINTENANCE SOLUTIONS LLC

*"Everything for Roads."*

Phone: 610-797-2646
Fax: 610-797-4654

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| To: | Peter King | From: | Terry Crouthamel Jr. |
| Fax: | 973-887-4942 | Pages: | 2 |
| Tele: | 973-887-0145 | Date: | 4/16/12 |
| Re: | Upper Macungie Township, Lehigh Co Grip Tight Fog Seal Quote | | |

☐ Original By First Class Mail ☐ Original By Overnight Mail ☐ Original By Interoffice Mail ☐ No Original Will Be Sent

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply

## COMMENTS:

# AMS
ASPHALT MAINTENANCE SOLUTIONS LLC

April 16, 2012

Dosch-King Co., Inc.
Attention: Peter King
16 Troy Hills Road
Whippany, NJ 07981

Re: Grip Tight Fog Seal Quote for Upper Macungie Twp, Lehigh Co

Dear Mr. Peter King,

We are pleased to provide you with a quote for the installation of a Grip Tight Fog Seal.

This quote includes all labor, equipment and materials necessary to apply a Grip Tight Fog Seal at an application rate of 0.20 - 0.25 Gal / SY.

This quote is based on the current AC Index of $ 639 / Ton; price will be adjusted based on our current material cost at time of installation.

Grip Tight is available May 1st thru September 30th due to temperature and seasonal restrictions on the successful application of this product.

This quote does **NOT** include the following:

1. Cleaning of the road prior to the installation of the Grip Tight Fog Seal.
2. Necessary Pavement Macro Texture to achieve desired application rate.

If you choose to conduct business with our company, since you have not done business with us in the past, you will be required to fill out a credit application.

**30,000 SY x $ .89 / SY = $ 26,700.00**

Sincerely,

Terry Crouthamel Jr.



*"Everything for Roads"*

P.O. Box 387 • Center Valley, Pennsylvania 18034
610-797-2645 • Fax 610-797-4654

# EXHIBIT C

**Dosch King Co Inc.**

| | |
|---|---|
| **From:** | Dosch King Co Inc. <doschkingco@optimum.net> |
| **Sent:** | Monday, April 16, 2012 11:19 AM |
| **To:** | dpotter@hkgroup.com |
| **Subject:** | Single Size Cubical Bituminous Seal Coat |

Dear Dave:

We are looking to bid on a Bituminous Seal Coat project in Upper Macungie, in Lehigh County. The project calls for a Single Size Cubical 1/4 inch aggregate. The project would need approximately 350 tons of this aggregate. I understand that based on our previous conversation last week, that you were asked by Asphalt Maintenance Solutions (AMS) to fill a purchase order from them for 6,000 tons of this specific aggregate and that this order will exhaust your plants full capacity to supply this material out of the Silver Hill Quarry in Berks County.

Can you confirm that this is the case, and that you can't give me a quote to supply this material for this job or even for the town of Plumstead in Bucks County.

Sincerely,

Peter

*David J. King*
President
**Dosch King Co., Inc.**
16 Troy Hills Road
Whippany, NJ 07981
Office: 973.887.0145
Fax: 973.887.4942
Cell: 973.454.5937

# EXHIBIT D

MS-944 (7-09)

pennsylvania
DEPARTMENT OF TRANSPORTATION

PROPOSAL AND CONTRACT
( WHEN EXECUTED )

INSTRUCTIONS ON PAGE 4

HP chip seal 2012

THIS PROPOSAL INCLUDES INSTRUCTIONS TO BIDDERS

A. DEPOSIT OF PROPOSALS.

All envelopes containing Bid proposals shall be clearly marked "Bid Proposal for letting of May 17, 2012 ."
DATE

NORTH WHITEHALL TOWNSHIP
MUNICIPALITY (NAME & TYPE)

BRENDA NORDER
SECRETARY

Sealed Proposals will be received on or before 8:30AM on the above Letting Date.
TIME

3256 LEVANS ROAD
COPLAY, PA 18037
ADDRESS

Bids will be opened and read at approximately 8:45AM , on the above Letting Date.
TIME

PROPOSALS MUST BE MAILED OR OTHERWISE DELIVERED TO THE ABOVE ADDRESS.

1 The contractor proposes to furnish and deliver all materials (including Form CS-4171, CERTIFICATE OF COMPLIANCE) and to do and perform all work on the following project as more specifically set forth in the Schedule of Prices (**Attachment 1**), in accordance with drawings and specifications on file at **NORTH WHITEHALL TOWNSHIP**, as well as the supplements and special requirements contained herein and/or attached hereto and current PennDOT Specifications (Publication 408).

2 If designated as the successful bidder, the contractor will begin work on the date specified in the Notice to Proceed, or as otherwise provided in the special requirements, and will complete all work within (**see Attachment 1-A)** calendar days.

3 Accompanying this proposal is a certified check or bid bond in the amount of **10% (Percent)** made payable to the municipality as a proposal guarantee which, it is understood, will be forfeited in case the contractor fails to comply with the requirements of the proposal.

B. PROPOSAL OF: ______________________

______________________

______________________

NAME / ADDRESS OF CONTRACTOR

CONTRACTORS CERTIFICATION

It is hereby certified as follows:

1 The only person interested in the proposal as principal(s) is (are):

______________________

______________________

2 None of the above persons are employees of the municipality.

3 This proposal is made without collusion with any other person, firm or corporation.

4 All plans and specifications referred to above and the site of the work have been examined by the contractor. The contractor understands that the quantities indicated herein are approximate and are subject to change as may be required; and that all work is payable on the basis of the unit price listed on the Schedule of Prices. (**Attachment 1**).

5 The contractor will comply with all requirements of the laws and implementing regulations of the Commonwealth of Pennsylvania and the United States relating to human relations, equal opportunity and non-discrimination in employment, and will pay to workmen employed in the performance of the contract the wages to which they may be entitled.

6 The contractor will provide the municipality with a performance bond, conditioned upon the faithful performance of the contract in accordance with the plans, specifications and conditions thereof, and a payment bond, conditioned on the prompt payment of all material furnished and labor supplied or performed in the prosecution of the work, in accordance with the Public Works Contractors' Bond Law of 1967; and an affidavit accepting the provisions of the Workmen's Compensation Act of 1915, as amended.

______________________________
**CONTRACTOR**

**WITNESSED OR ATTESTED BY:** ______________________________
TITLE: (SEAL)

SEAL

______________________________
TITLE: (SEAL)

**TO BE EXECUTED ONLY IN THE EVENT THE ABOVE PROPOSAL IS ACCEPTED**

**ACCEPTED ON :** ______________
DATE

______________________________
MUNICIPALITY

**ATTESTED BY:** ______________________________
TITLE:

SEAL

______________________________
TITLE:

______________________________
TITLE:

# EXHIBIT E

PENNDOT

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

**ATTACHMENT 1**
**TO MS - 944 (PROPOSAL AND CONTRACT)**

County: LEHIGH  Municipality: NORTH WHITEHALL TOWNSHIP

Project Number: ____________

LOCATION OF WORK:

VARIOUS ROADS In North Whitehall Township, Lehigh County. See **ATTACHMENT 1-C.**

DESCRIPTION OF WORK:

All work is to be installed complete in-place as per attachments 1-A, 1-B and 1-C. Contractor will be required to notify all affected residents in a manner acceptable to the Township. Contractor must sweep the completed high performance chip seal with a pick-up style broom within 24 hours after the installation. Certification from aggregate producer certifying material meets specifications on Attachment 1-B, page 2 of 6, Table A and Table B. Certification from emulsion producer certifying material will meet specifications. Certifications from the material producers MUST be submitted with the bids.

ESCALATOR CLAUSE:( if adopted by Municipality.)
North Whitehall Township wishes to enforce the ESCALATOR CLAUSE as per PennDot Pub. 408. Current Ed., Section 110.04, Price Adjustment of Bituminous Materials, except Section 110.04(a), General 1st Paragraph shall read "The price adjustment applies to all projects regardless of the quantity of asphalt cement including asphalt cement residue contained in emulsions or cutbacks, is specified or indicated for placement."

SCHEDULE OF PRICES

| 1 Item No. | 2 Approximate Quantities | 3 Unit | 4 *Description | 5 Unit Price | 6 Total |
|---|---|---|---|---|---|
| 1 | 28,504 +/- | SQ. YDS. | 1/4 Inch High Performance Chip Seal applied complete in-place as per Attachment 1-B. | | |
| 2 | 28,504 +/- | SQ. YDS. | Grip Tight Fog Seal applied complete in-place. as per Attachment 1-B. | | |
| 3 | 2,500 +/- | SQ. YDS. | Patch Work with E3M Oil (4/10 of a gallon per Square Yard, with 1/4-inch Stone. | | |
| 4 | 500 +/- | GALS. | Crack Seal as per Pub. 408, Section 469, Specification ASTM D6690--Type II, Crack Seal for Item #1. | | |
| | | | NO Alternative products will be considered for this project. | | |
| | | | Item's #1 through #4 To Be Awarded as a **TOTAL**. | | |
| | | | | SUBTOTAL | |
| | | | | SUBTOTAL FROM OTHER ATTACHMENTS | |
| | | | | **TOTAL AMOUNT OF BID** | |

*** DESCRIPTION:**
Must include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.

# EXHIBIT F

(5-06)

## SPECIAL PROVISIONS TO CONTRACT MS-944 ( ATTACHMENT 1-A )

### CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

**The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".**

X Traffic Control and Safety Devices to be provided by the Contractor.
(Maintenance and Protection of Traffic to comply with current MUTCD, Publication 212 and Publication 213.)
X Delivery tickets for all materials.
X **CS-4171 Certificate of Compliance** ~~and/or TR-465 Daily Bituminous Mixture Certification~~ required for all materials.
X Notify the Municipality **five** working days prior to start of project.
X Work to be completed on or before **09/21/2012** . After **09/21/2012** , Liquidated damages apply at the rate of **$250.00** per calendar day.
X Roadway to be power broomed by (contractor municipality X ) prior to start of project.
X Excess material to be removed by (contractor X municipality ).
X Municipality to inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408. Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed inspector(s).
Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of ANTI-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. ( Project Construction Materials )
X Municipality reserves right to make an award on basis of aggregate total for all like items on which quotations are received.
X Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
X Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart: AM & PM and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality. Complete all testing in accordance with Specification 408, Section 409, except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X The Municipality reserves the right to reject any, all, or a portion of the Bid for budgetary reasons.
X Bidders must complete the "Statement of Bidder's Qualifications".
X Contractor must complete Form CS-1PA.
X Submit certifications from material producers with bid.
X No alternative materials will be considered for use on this project.
X Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between the Township and Contractor.

**My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.**

Contractor's Representative Date

Company

Municipality's Representative Date

NORTH WHITEHALL TOWNSHIP
Municipality

# EXHIBIT G

# Attachment 1-B
# High Performance Chip Seal
### (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a Quick Set Grip Tight Fog Seal.

It is the intent of this "INVITATION" to secure a qualified contractor to place a specialized High Performance Chip Seal followed by a Quick Set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to install the High Performance Chip Seal followed by a Grip Tight Fog Seal as per PennDOT PUB 408/2011-2 and all supplements and attached specifications.

**The attached specifications shall prevail over PennDOT PUB 408 and Supplements.**

Bidders shall be PennDOT pre-qualified prime contractors in accordance with all sections of PUB 408/2011-2 at the time of the bid opening. **Contractor shall have a minimum of three (3) years experience in applying this specialized type of chip seal and fog seal.**

## BID SUBMITTALS

**The following items must be submitted with bid or bid will be rejected:**

1. Provide a minimum of 3 municipalities with contact person, phone number and locations where you applied a High Performance Chip Seal and Grip Tight Fog Seal within the past three (3) years in Pennsylvania. Projects must be equal to or greater than this project.

2. Submit certification from proposed aggregate and emulsion suppliers showing that materials proposed for use conform to specifications listed herein.

# SPECIFICATIONS

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion Type CRS-2PM, meeting the requirements of PennDOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .40 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .45 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock, and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.2% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼-inch aggregate shall be 22 - 24 lbs. / SY and for ⅜-inch aggregate, the application rate shall be 24 - 26 lbs. / SY.

**TABLE A**
**COARSE AGGREGATE PROPERTIES**

| TEST | TEST METHOD | **¼" Chip** | **⅜" Chip** |
|---|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 25 | 25 |
| Skid Resistant Level (SRL) Min. | PENN DOT | H | H |
| Absorption, Max. % | AASHTO T85 | 2 | 2 |
| Flakiness Index, Max. % | FLH T 508 (MN DOT Modified) | 20 | 15 |

**TABLE B**
**COARSE AGGREGATE GRADATION (percent passing by weight)**

| **Sieve Size** | **1/4" Chip** | **3/8" Chip** |
|---|---|---|
| 1/2-inch | 100 | 100 |
| 3/8-inch | 100 | 70 - 100 |
| 1/4-inch | 85 - 100 | 0 - 15 |
| No. 4 | 10 - 30 | 0 - 3 |
| No. 8 | 0 - 3 | |
| No. 200 | 0 - 1.2 | 0 - 1.2 |

**Coarse Aggregate Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the proposed cover coat aggregate along with the test results certified by the supplier to be in compliance with the coarse aggregate properties listed in Table A and the coarse aggregate gradation listed in Table B.

**Grip Tight Fog Seal Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the Grip Tight Fog Seal as supplied by Hammaker East, Ltd., along with the test results certified by Hammaker East, Ltd., to be in compliance with the requirements listed on page 6.

**TABLE C**
**MATERIAL APPLICATION RATE**

| Material | ¼" Chip Seal | ⅜" Chip Seal |
|---|---|---|
| CRS-2PM | .40 - .50 Gal / SY | .45 - .55 Gal / SY |
| Cover Coat Material | 22 - 24 Lbs / SY | 24 - 26 Lbs / SY |

## CONSTRUCTION REQUIREMENTS

**Equipment:** The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**Asphalt Distributors:** Distributors shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**Chip Spreader:** Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. FOR SAFETY REASONS, the successful contractor shall provide a minimum of two (2) employees on mechanized chip spreader.

**Sweepers:** A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the Owner, prior to placement of quick set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical gutter brooms will be allowed on the project. Sweeping shall be completed within 24 hours of placement of the High Performance Chip Seal.

**Rollers:** The rubber tired rollers shall have a gross load adjustable to apply 200 – 250 pounds per inch of rolling width. Tire pressure shall be specified for the pneumatic tire rollers and shall not vary more than plus or minus 5.0 psi. At no time, shall the rollers travel more than ten miles per hour.

## EXECUTION OF THE WORK

**Surface Preparation:** The Township will clean roads prior to the application of the high performance chip seal. Contactor is responsible for ensuring the surface is clean and suitable to successfully place the high performance chip seal, provide necessary personnel and equipment to blow any grass clippings, etc; if required.

**Application of Bituminous Materials:** The application of the emulsion shall be performed by means of a pressure distributor in a manner to achieve a uniform and continuous spread over the asphalt surface. The temperature of the emulsion shall be a minimum of 160° F. The quantity of emulsion per square yard shall be as specified in Table C, and will be verified by owner. The distributor shall be moving forward at proper application speed at the time the spray bar is opened. If at any time a nozzle becomes clogged or not spraying a proper pattern, the operation shall be immediately halted until repairs are made. Repairs shall be made immediately after deficiencies are noted. The width of the spread shall be no greater than the width of the aggregate spreader except where additional passes are required, then the emulsion shall be four inches beyond the aggregate spread at fifty percent application rate. At no time shall the emulsion be allowed to break, chill, setup, harden, or otherwise impair the aggregate retention before the aggregate has been properly applied and rolled.

**Application of Cover Coat Aggregate:** The aggregate shall be applied immediately following the emulsion application by the approved aggregate spreader. The quantity of cover coat aggregate per square yard shall be as specified in Table C. The contractor, prior to start of work, shall calibrate the aggregate spreader to achieve the design application rate of the cover coat aggregate. Spreading shall be accomplished in such a manner that the tires of the trucks and aggregate spreader never contact the newly applied bituminous material. The width of the aggregate spreader shall be equal to the width of the emulsion spread, except where additional passes are required. Areas, which are deficient in aggregate, shall be covered immediately with addition material.

**Rolling:** Initial rolling shall begin immediately after the application of cover coat aggregate. Rollers shall work in tandem and complete a minimum of three passes with a sufficient overlap. Should the rolling operation be delayed, the aggregate and emulsion spreading shall be halted until the operation regains proper sequencing and timing. The maximum speed of the rolling operations shall be ten miles per hour.

**Sweeping:** Within 24 hours of installing the High Performance Chip Seal, excess aggregate shall be swept and removed from the roadway and adjacent areas with specified herein sweepers. Roadway to be swept with a minimum of two (2) street sweepers, one shall be a pick-up style broom and the second shall be a rotary style broom. Gutter brooms shall not be used so as not to dislodge chips. Sweeping shall continue until all loose aggregate is removed from the roadway and adjacent areas. Excess aggregate must be removed from project by the contactor and hauled to a suitable location for either reuse or disposal. Any damage to the new surface caused by the sweeping operation shall be repaired at no cost to the owner.

**Utility Protection:** Manholes, valve boxes, and catch basins shall be covered with an approved material during the operation and shall be removed immediately after the street has been chip sealed. The Contractor is responsible for locating all exposed manholes, valve boxes and catch basins prior to placing cover coat materials.

**Weather Limitations:** No construction shall take place when either the air or pavement surface temperature fall below fifty degrees or when the pavement is moist, or when the weather is or may be detrimental. Detrimental weather is defined as rain showers, cool temperatures, moist pavements, threat of rain showers, or other factors which could affect the performance of the process.

**Traffic Control:** A Traffic Control Plan approved by owner will be required before any work commences. Contractor is responsible for maintenance and protection of traffic in accordance with PennDOT PUB 213. Contractor must provide certified traffic control personnel and provide proof of certification to the owner upon request. The cost of signage and traffic control necessary shall be considered incidental to the installation of this item.

**Public Notification:** The contractor shall distribute an approved information flyer to all residents adjacent to the project one week prior to the anticipated start of construction. The contractor shall include the contractor's telephone number on the flyer and man this line 24/7 until the contract is completed. The cost of public notification shall be considered incidental and included in the unit price of this item.

**Schedule of Price Reduction for High Performance Chip Seal:** Failing cover coat material properties will result in a price reduction. The contract unit price for this item will be reduced by 2 percent, for each 1 percent passing outside of the coarse aggregate requirements listed in Table A.

Failing cover coat material gradations will result in a price reduction. The contract unit price for this item will be reduced 2 percent, for each 1 percent passing outside of the requirements of Table B for the ⅜ inch, ¼ inch, #4 and #8 sieves. The #200 sieve will have 2 percent price reduction for each 0.1 percent outside of the specification listed in Table B.

**Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between township and contractor.**

## GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chip seal has been swept. After application of Fog Seal, there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

### GRIP TIGHT MATERIAL

As supplied by Hammaker East, Ltd., Chambersburg, PA. **No alternative materials will be accepted.**

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |
| Tests on Residue: | |
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 20-100 seconds |
| Ring & Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Negative/Positive |

Material dilution will be to manufacturer's recommendation and shall be completed prior to material leaving production facility; dilution shall not exceed 30 percent.

### PROCEDURES

Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5 percent for determined application rate. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

### APPLICATION RATE

Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

### WARRANTY

Should any delamination occur within one year from the original application date, the contractor will be responsible for reapplying the High Performance Chip Seal and Quick Set Fog Seal to those areas at no additional cost to the owner. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

# EXHIBIT H

PLUMSTEAD TOWNSHIP

Board of Supervisors:
Frank Froio, Chairman
Stacey Mulholland, Vice Chairman
Wayne Stork, Secretary
Daniel Hilferty, Treasurer
Thomas Alvare

Public Works Department
Alan Bleam, Director
5119 Stump Road
Pipersville, PA 18947-1015
PHONE - 215-766-0189
FAX – 215-766-1439

# NOTICE TO BIDDERS

Sealed bids and proposals will be received by a Township Representative until 11:30 a.m. on Tuesday, May 8, 2012 at Plumstead Township Public Works, 5119 Stump Rd, Pipersville, PA (Plumsteadville).

Bids will be publicly opened and read by the Township Public Works Director, at the Township Administrative Building, 5186 Stump Road, Pipersville, PA (Plumsteadville) at 12:00 p.m. on Tuesday, May 8, 2012, for the following projects and materials:

1. Gasoline & Diesel Fuel
2. High Performance Chip Seal with Grip Tight Fog Seal

A bid bond, as required in the bid specifications, must accompany the bid submission.

Proposal forms, specifications, forms of contract, and instructions to bidders may be obtained at the Plumstead Township Public Works Department, 5119 Stump Road, between the hours of 7:30 a.m. and 4:00 p.m. daily, Monday to Friday, or by calling 215-766-0189. Award of bid is anticipated at the Board of Supervisors Meeting on Tuesday, May 15, 2012 at 7:30 p.m. at the Plumstead Township Administrative Building.

All proposals must be upon forms furnished by the undersigned, which includes an Anti-Collusion Affidavit, Statement of Bidders Qualifications and PennDOT Approved Contractor certifications statement.

The Supervisors reserve the right to accept or reject any or all proposals and to award the contract in the best interest of Plumstead Township. The Supervisors reserve the right to increase, decrease or eliminate the items and/or quantities on the bid proposal in order to adjust the contract price in accordance with available funding.

Plumstead Township
Board of Supervisors
Carolyn McCreary
Township Manager

# EXHIBIT I

PENNDOT

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: Bucks

Municipality: Plumstead Township

Project Number:

LOCATION OF WORK:

Various roads within Plumstead Township

DESCRIPTION OF WORK:

All work is to be complete in-place as per Attachments 1A and 1B. Contractor will be required to notify all effected residents in a manner acceptable to the township. Contractor must sweep no more than (2) days prior and sweep NO more than 24 hours after the installation of the Chip Seal using a pick-up broom. The following shall be official documents, certified by material producer. Certification from aggregate producer certifying material to meet specifications Attachment 1B page 2 of 6 Table A and Table B. Certification from emulsion producer certifying material to meet specifications Attachment 1B page 6 of 6. Certifications from the material producers MUST be submitted with the bids.

ESCALATOR CLAUSE:( if adopted by Municipality.)
See Attachment 1C

SCHEDULE OF PRICES

| Item 1 No. | Approximate 2 Quantities | Unit 3 | *Description 4 | Unit 5 Price | Total 6 |
|---|---|---|---|---|---|
| 1 | 47,000 | SY | High Performance Chip Seal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachement 1B | | |
| 2 | 47,000 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1B | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project. | | |
| 3 | 3,450 | SY | High Performance Chip Seal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachement 1B | | |
| 4 | 3,450 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1B | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project. | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | SUBTOTAL FROM OTHER ATTACHMENTS | | |
| | | | TOTAL AMOUNT OF BID | | |

*** DESCRIPTION:**
**Must include ADT on wearing surfaces**
**USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.**

# EXHIBIT J

(8-00)

# SPECIAL PROVISIONS TO CONTRACT MS-944 ( Attachment 1-A )

## CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".

X Traffic Control and Safety Devices to be provided by the Contractor.
( PA. DEPART. Of TRANS. Publication 203, WORK ZONE TRAFFIC CONTROL, CURRENT EDITION.)
X Delivery tickets for all materials.
X CS-4171 Certificate of Compliance required for all materials.
X Notify the Municipality __five__ working days prior to start of project.
X Work to be completed on or before 9/30/2012 . After 9/30/2012 Liquidated damages apply at the rate of $ 200.00 per calendar day.
X Roadway to be power broomed by (contractor X municipality )prior to start of project.
X Excess material to be removed by (contractor X municipality .)
X Municipality to inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408.
Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed Inspector(s).
X Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of NON-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. ( Project Construction Materials )
X The municipality reserves the right to make an award on the basis of the aggregate total for all like items on which quotations are received.
Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart : A.M. & P.M. and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality.
Complete all testing in accordance with Specification Form 408 Section 401 except Marshall Testing or for superpave Section 409 except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X Bid will be awarded as a total for items 1, 2, 3 & 4 to the lowest RESPONSIBLE bidder.
X Submit Certifications from material producers with bid.
X Submit statement of bidders qualifications with bid.
X No alternative materials will be considered for use on this project.
X Township has the option to extend the awarded contract for a period of three (3) years, renweable in one (1) year increments, upon mutal agreement between the Township and contractor.

**My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.**

________________________________
Contractor's Representative Date

________________________________
Company

________________________________
Municipality's Representative Date

________________________________
Municipality

# EXHIBIT K

# Attachment 1B
# High Performance Chip Seal
## (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a quick set Grip Tight fog seal.

It is the intent of this "INVITATION" to secure a qualified contractor to place a specialized High Performance Chip Seal followed by a quick set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to install the High Performance Chip Seal followed by a Grip Tight Fog Seal as per Penn DOT PUB 408/2011-2 and all supplements and attached specifications.
**The attached specifications shall prevail over Penn DOT PUB 408 and Supplements.**

Bidders shall be Penn DOT prequalified prime contractors in accordance with all sections of PUB 408/2011-2 at the time of the bid opening. **Contractor shall have a minimum of three (3) years experience in applying this specialized type of chip seal and fog seal.**

## BID SUBMITTALS

**The following items must be submitted with bid or bid will be rejected:**

1. Provide a minimum of 3 municipalities with contact person, phone number and locations where you applied a High Performance Chip Seal and Grip Tight Fog Seal within the past three (3) years in Pennsylvania, projects must be equal to or greater than this project.

2. Submit certification from proposed aggregate and emulsion suppliers showing that materials proposed for use conform to specifications listed herein.

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of Penn DOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .40 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .45 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.2% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼ inch aggregate shall be 22 - 24 lbs / SY and for ⅜ inch aggregate the application rate shall be 24 - 26 lbs / SY.

**COARSE AGGREGATE PROPERTIES TABLE A**

| Test | Test Method | ¼" Chip | ⅜" Chip |
|---|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 25 | 25 |
| Skid Resistant Level (SRL) Min. | PENN DOT | H | H |
| Absorption, Max. % | AASHTO T85 | 2 | 2 |
| Flakiness Index, Max. % | FLH T 508 (MN DOT Modified) | 20 | 15 |

**COARSE AGGREGATE GRADATION TABLE B (percent passing by weight)**

| Sieve Size | 1/4" Chip | 3/8" Chip |
|---|---|---|
| 1/2" | 100 | 100 |
| 3/8" | 100 | 70 - 100 |
| 1/4" | 85 - 100 | 0 - 15 |
| No. 4 | 10 - 30 | 0 - 3 |
| No. 8 | 0 - 3 | |
| No. 200 | 0 - 1.2 | 0 - 1.2 |

**Coarse Aggregate Sample Submittal:**

If requested by owner, prior to award of bid, submit to the owner a sample of the proposed cover coat aggregate along with the test results certified by the supplier to be in compliance with the coarse aggregate properties listed in Table A and the coarse aggregate gradation listed in Table B.

**Grip Tight Fog Seal Sample Submittal:**

If requested by owner, prior to award of bid, submit to the owner a sample of the Grip Tight Fog Seal as supplied by Hammaker East, Ltd along with the test results certified by Hammaker East, Ltd to be in compliance with the requirements listed on page 6.

**MATERIAL APPLICATION RATE TABLE C**

| Material | ¼" Chip Seal | ⅜" Chip Seal |
|---|---|---|
| CRS-2PM | .40 - .50 Gal / SY | .45 - .55 Gal / SY |
| Cover Coat Material | 22 - 24 Lbs / SY | 24 - 26 Lbs / SY |

# CONSTRUCTION REQUIREMENTS

**Equipment:** The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**Asphalt Distributors:** Distributors shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate and must be capable of applying material at a width of 22 feet in a single pass. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**Chip Spreader:** This unit shall be a mechanical chip spreader capable of placing chips at a width of 22 feet in a single pass. Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. <u>FOR SAFETY REASONS</u> the successful contractor shall provide a minimum of two <u>(2) employees</u> on mechanized chip spreader.

**Sweepers:** A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the Owner, prior to placement of quick set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical gutter brooms will be allowed on the project. Sweeping shall be completed within 24 hours of placement of the High Performance Chip Seal.

**Rollers:** The rubber tired rollers shall have a gross load adjustable to apply 200 – 250 pounds per inch of rolling width. Tire pressure shall be specified for the pneumatic tire rollers and shall not vary more than plus or minus 5.0 psi. At no time shall the rollers travel more than ten miles per hour.

## EXECUTION OF THE WORK

**Surface Preparation:** The contractor shall be responsible for all measures required to provide a thoroughly clean and dry pavement surface including vegetation removal, and sweeping prior to the chip seal application. The contractor shall observe the condition of the pavement prior to bidding to determine the work necessary to provide a clean, dry pavement for construction and shall include the work necessary in the bid. A pick-up style street sweeper shall be utilized for sweeping prior to the chip seal application. Contractor will be responsible for the proper disposal of debris and provide the owner with proposed disposal method upon request.

**Application of Bituminous Materials:** The application of the emulsion shall be performed by means of a pressure distributor in a manner to achieve a uniform and continuous spread over the asphalt surface. The temperature of the emulsion shall be a minimum of 160 F. The quantity of emulsion per square yard shall be as specified in Table C, and will be verified by owner. The distributor shall be moving forward at proper application speed at the time the spray bar is opened. If at any time a nozzle becomes clogged or not spraying a proper pattern, the operation shall be immediately halted until repairs are made. Repairs shall be made immediately after deficiencies are noted. The width of the spread shall be no greater than the width of the aggregate spreader except where additional passes are required the emulsion shall be four inches beyond the aggregate spread at fifty percent application rate. At no time shall the emulsion be allowed to break, chill, setup, harden, or otherwise impair the aggregate retention before the aggregate has been properly applied and rolled.

**Application of Cover Coat Aggregate:** The aggregate shall be applied immediately following the emulsion application by the approved aggregate spreader. The quantity of cover coat aggregate per square yard shall be as specified in Table C. The contractor, prior to start of work, shall calibrate the aggregate spreader to achieve the design application rate of the cover coat aggregate. Spreading shall be accomplished in such a manner that the tires of the trucks and aggregate spreader never contact the newly applied bituminous material. The width of the aggregate spreader shall be equal to the width of the emulsion spread, except where additional passes are required. Areas, which are deficient in aggregate, shall be covered immediately with addition material.

**Rolling:** Initial rolling shall begin immediately after the application of cover coat aggregate. Rollers shall work in tandem and complete a minimum of three passes with a sufficient overlap. Should the rolling operation be delayed, the aggregate and emulsion spreading shall be halted until the operation regains proper sequencing and timing. The maximum speed of the rolling operations shall be ten miles per hour.

**Sweeping:** Within 24 hours of the installing the High Performance Chip Seal, excess aggregate shall be swept and removed from the roadway and adjacent areas with specified herein sweepers. Roadway to be swept with a minimum of two (2) street sweepers, one shall be a pick-up style broom and the 2nd shall be a rotary style broom. Gutter brooms shall not to be used so as not to dislodge chips. Sweeping shall continue until all loose aggregate is removed from the roadway and adjacent areas. Excess aggregate must be removed from project by the contactor and hauled

to a suitable location for either reuse or disposal. Any damage to the new surface caused by the sweeping operation shall be repaired at no cost to the owner.

**Utility Protection:** Manholes, valve boxes, and catch basins shall be covered with an approved material during the operation and shall be removed immediately after the street has been chip sealed. The Contractor is responsible for locating all exposed manholes, valve boxes and catch basins prior to placing cover coat materials.

**Weather Limitations:** No construction shall take place when either the air or pavement surface temperature fall below fifty degrees or when the pavement is moist, or when the weather is or may be detrimental. Detrimental weather is defined as rain showers, cool temperatures, moist pavements, threat of rain showers, or other factors which could affect the performance of the process.

**Traffic Control:** A Traffic Control Plan approved by owner will be required before any work commences. Contractor is responsible for maintenance and protection of traffic in accordance with Penn DOT PUB 213. Contractor must provide certified traffic control personnel and provide proof of certification to the owner upon request. The cost of signage and traffic control necessary shall be considered incidental to the installation of this item.

**Public Notification:** The contractor shall distribute an approved information flyer to all residents adjacent to the project one week prior to the anticipated start of construction. The contractor shall include the contractor's telephone number on the flyer and man this line 24/7 until the contract is completed. The cost of public notification shall be considered incidental and included in the unit price of this item.

**Schedule of Price Reduction for High Performance Chip Seal:** Failing cover coat material properties will result in a price reduction. The contract unit price for this item will be reduced by 2 percent, for each 1 percent passing outside of the coarse aggregate requirements listed in Table A.

Failing cover coat material gradations will result in a price reduction. The contract unit price for this item will be reduced 2 percent, for each 1 percent passing outside of the requirements of Table B for the ⅜ inch, ¼ inch, #4 and #8 sieves. The #200 sieve will have 2 percent price reduction for each 0.1 percent outside of the specification listed in Table B.

**Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between township and contractor.**

# GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chip seal has been swept. After application of Fog Seal there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

## GRIP TIGHT MATERIAL

As supplied by Hammaker East, Ltd, Chambersburg, PA. **No alternative materials will be accepted.**

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |
| Tests on Residue: | |
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 15-80 seconds |
| Ring&Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Positive |

Material dilution will be to manufacturer's recommendation and shall be completed prior to material leaving production facility; dilution shall not exceed 30%.

## PROCEDURES

Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. Asphalt distributor must be capable of applying the fog seal at a width of 22 feet in a single pass. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

## APPLICATION RATE

Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

## WARRANTY

Should any delamination occur within one year from the original application date, the contractor will be responsible for reapplying the High Performance Chip Seal and Quick Set Fog Seal to those areas at no additional cost to the owner. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

# Attachment 1C
# ESCALATOR CLAUSE

Escalator Provisions:

a) The contractor shall have the right to increase or (decrease) the contract unit price of the items specified in an amount equal to the contractor's increase or (decrease) in costs of such items occurring subsequent to the date of the bid opening (hereinafter referred to as "base date"). Any increase (or decrease) in the contractor's cost of such items after the base rate shall be verified by proper documents furnished to the municipality, including proof of price to the contractor from the contractor's source of supply.

b) Should the contractor's allocation of any items be materially reduced by the contractor's source of supply, the contractor may reduce proportionately the quantity of such items to be delivered in accordance with this contract.

c) The municipality may withdraw or reduce the quantity of any item or terminate or reduce the scope of the contract:

   1) If the unit cost of any item covered by these escalator provisions is increased by more than 25% above the base price, or

   2) If, because of an increase in the unit cost of one or more items covered by these escalator provisions, the total estimated cost of the contract is increased more than 25% above the base price.

These escalator provisions shall apply only to the following materials:

* CRS-2PM asphalt emulsion

* Grip Tight Fog Seal asphalt emulsion

# EXHIBIT L

MS-944 (7-09)

pennsylvania
DEPARTMENT OF TRANSPORTATION

**PROPOSAL AND CONTRACT ( WHEN EXECUTED )**

**INSTRUCTIONS ON PAGE 4**

**THIS PROPOSAL INCLUDES INSTRUCTIONS TO BIDDERS**

## A. DEPOSIT OF PROPOSALS.

**All envelopes containing Bid proposals shall be clearly marked "Bid Proposal for letting of** APRIL 17, 2012."
**DATE**

UPPER MACUNGIE TOWNSHIP
MUNICIPALITY (NAME & TYPE)

KATHY A. RADER
SECRETARY

**Sealed Proposals will be received on or before** 9:00AM **on the above Letting Date.**
**TIME**

8330 SCHANTZ ROAD
BREINIGSVILLE, PA 18031
ADDRESS

**Bids will be opened and read at approximately** **9:01 AM**, **on the above Letting Date.**
**TIME**

PROPOSALS MUST BE MAILED OR OTHERWISE DELIVERED TO THE ABOVE ADDRESS.

1 The contractor proposes to furnish and deliver all materials ( including Form CS-4171, CERTIFICATE OF COMPLIANCE and/ or TR-465 DAILY BITUMINOUS MIXTURE CERTIFICATION ) and to do and perform all work on the following project as more specifically set forth in the Schedule of Prices (Attachment), in accordance with drawings and specifications on file at as well as the supplements and special requirements contained herein and/ or attached hereto and current PennDOT Specifications (Publication 408), except (a) bidders need not be prequalified by PennDOT (Sec.102.01), and (b) Volumetric testing of bituminous paving materials is not required (Sec. 409).

2 If designated as the successful bidder, the contractor will begin work on the date specified in the notice to proceed, or as otherwise provided in the special requirements, and will complete all work within **5** calendar days.

3 Accompanying this proposal is a certified check or bid bond in the amount of **10%** made payable to the municipality as a proposal guarantee which, it is understood, will be forfeited in case the contractor fails to comply with the requirements of the proposal.

## B. PROPOSAL OF:

____________________

____________________

____________________

**NAME / ADDRESS OF CONTRACTOR**

**CONTRACTORS CERTIFICATION**

**It is hereby certified as follows:**

1 The only person interested in the proposal as principal (s) is (are):

____________________

____________________

2 None of the above persons are employees of the municipality.

3 This proposal is made without collusion with any other person, firm or corporation.

4 All plans and specifications referred to above and the site of the work have been examined by the contractor. The contractor understands that the quantities indicated herein are approximate and are subject to change as may be required; and that all work is payable on the basis of the unit price listed on the Schedule of Prices. (Attachment 1).

5 The contractor will comply with all requirements of the laws and implementing regulations of the Commonwealth of Pennsylvania and the United States relating to human relations, equal opportunity and non-discrimination in employment, and will pay to workmen employed in the performance of the contract the wages to which they may be entitled.

6 The contractor will provide the municipality with a performance bond, conditioned upon the faithful performance of the contract in accordance with the plans, specifications and conditions thereof, and a payment bond, conditioned on the prompt payment of all material furnished and labor supplied or performed in the prosecution of the work, in accordance with the Public Works Contractors' Bond Law of 1967; and an affidavit accepting the provisions of the Workmen's Compensation Act of 1915, as amended.

______________________________
**CONTRACTOR**

**BY:** ______________________________ **DATE:** ______________
TITLE:

**WITNESSED OR ATTESTED BY:** ______________________________ **DATE:** ______________
TITLE:

**TO BE EXECUTED ONLY IN THE EVENT THE ABOVE PROPOSAL IS ACCEPTED**

**ACCEPTED ON :** __________
DATE

______________________________
**MUNICIPALITY**

**BY:** ______________________________
TITLE: CHAIRMAN

**BY:** ______________________________
TITLE: VICE-CHAIRMAN

SEAL

**BY:** ______________________________
TITLE: SECRETARY

**ATTESTED BY:** ______________________________
TITLE:

# EXHIBIT M

PENNDOT

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: ____________ Municipality: ____________

Project Number: ____________

LOCATION OF WORK:

Various development roads within Upper Macungie Township.

DESCRIPTION OF WORK:
All work is to be complete in-place as per attachments 1A, 1B,and 1C. Contractor will be required to notify all effected residents in a manner acceptable to the township. Contractor must sweep no more than (2) days prior and sweep NO more than 24 hours after the installation of the Chip Seal using a pick-up broom. The following shall be official documents, certified by material producer. Certification from aggregate producer certifying material to meet specifications Attachment 1B page 2 of 6 Table A and Table B.Certifcation from emulsion producer certifying material to meet specifications Attachment 1C. Certifications from the material producers MUST be submitted with the bids.

ESCALATOR CLAUSE:( if adopted by Municipality.)
NO ESCALATOR CLAUSE

SCHEDULE OF PRICES

| 1 Item No. | 2 Approximate Quantities | 3 Unit | 4 *Description | 5 Unit Price | 6 Total |
|---|---|---|---|---|---|
| 1 | 30,000 | SY | High Performance Chip Seal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachement 1B | | |
| | | | | | |
| | | | | | |
| 2 | 30,000 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1C | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project. | | |
| | | | | | |
| | | | | | |
| | | | BIDS TO BE AWARDED ON A TOTAL OF | | |
| | | | ITEMS 1 AND 2. BIDDERS MUST BID ON ALL | | |
| | | | ITEMS. | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | SUBTOTAL FROM OTHER ATTACHMENTS | | |
| | | | TOTAL AMOUNT OF BID | | |

*** DESCRIPTION:**
**Must include ADT on wearing surfaces**
**USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.**

# EXHIBIT N

(8-00)

## SPECIAL PROVISIONS TO CONTRACT MS-944 ( Attachment 1-A )
## CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

**The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".**

X Traffic Control and Safety Devices to be provided by the Contractor.
( PA. DEPART. Of TRANS. Publication 203, WORK ZONE TRAFFIC CONTROL, CURRENT EDITION.)
X Delivery tickets for all materials.
X CS-4171 Certificate of Compliance required for all materials.
X Notify the Municipality five working days prior to start of project.
X Work to be completed on or before 5/30/2012 . After 5/30/20112 Liquidated damages apply at the rate of $ 200.00 per calendar day.
X Roadway to be power broomed by (contractor X municipality )prior to start of project.
X Excess material to be removed by (contractor X municipality .)
X Municipality to inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408.
Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed inspector(s).
X Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of NON-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. ( Project Construction Materials )
X The municipality reserves the right to make an award on the basis of the aggregate total for all like items on which quotations are received.
Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
X Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart : A.M. & P.M. and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality.
Complete all testing in accordance with Specification Form 408 Section 401 except Marshall Testing or for superpave Section 409 except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X A Mandatory pre-bid meeting will be held on April 12,2012 at 9am at the Upper Macungie Twp Building.
X Submit Certifications from material producers with bid.
X Submit statement of bidders qualifications with bid.
X No alternative materials will be considered for use on this project.
X Township has the option to extend the awarded contract for a period of three (3) years, renweable in one (1) year increments, upon mutal agreement between township and contactor.

**My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.**

| | |
|---|---|
| Contractor's Representative    Date | Municipality's Representative    Date |
| Company | Municipality |

# EXHIBIT O

# Attachment 1B
# High Performance Chip Seal
### (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a quick set Grip Tight fog seal.

It is the intent of this "INVITATION" to secure a qualified contractor to place a specialized High Performance Chip Seal followed by a quick set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to install the High Performance Chip Seal followed by a Grip Tight Fog Seal as per Penn DOT PUB 408/2007-7 and all supplements and attached specifications.
**The attached specifications shall prevail over Penn DOT PUB 408 and Supplements.**

Bidders shall be Penn DOT prequalified prime contractors in accordance with all sections of PUB 408/2007-7 at the time of the bid opening. Any contractor who has been debarred from public work by any DOT will not be considered a responsible bidder and bid will be rejected. **Contractor shall have a minimum of three (3) years experience in applying this specialized type of chip seal and fog seal.**

## BID SUBMITTALS

The following items must be submitted with bid or bid will be rejected:

1. Provide a minimum of 3 municipalities with contact person, phone number and locations where you applied a High Performance Chip Seal and Grip Tight Fog Seal within the past three (3) years in Pennsylvania, projects must be equal to or greater than this project.

2. Certification along with test results from aggregate and emulsion suppliers showing that materials proposed for use conform to specifications listed herein.

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of Penn DOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .40 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .45 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.2% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼ inch aggregate shall be 22 - 24 lbs / SY and for ⅜ inch aggregate the application rate shall be 24 - 26 lbs / SY.

**COARSE AGGREGATE PROPERTIES TABLE A**

| Test | Test Method | **¼" Chip** | **⅜" Chip** |
|---|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 25 | 25 |
| Skid Resistant Level (SRL) Min. | PENN DOT | H | H |
| Absorption, Max. % | AASHTO T85 | 2 | 2 |
| Flakiness Index, Max. % | FLH T 508 (MN DOT Modified) | 20 | 15 |

**COARSE AGGREGATE GRADATION TABLE B (percent passing by weight)**

| Sieve Size | **1/4" Chip** | **3/8" Chip** |
|---|---|---|
| 1/2" | 100 | 100 |
| 3/8" | 100 | 70 - 100 |
| 1/4" | 85 - 100 | 0 - 15 |
| No. 4 | 10 - 30 | 0 - 3 |
| No. 8 | 0 - 3 | |
| No. 200 | 0 - 1.2 | 0 - 1.2 |

**Coarse Aggregate Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the proposed cover coat aggregate along with the test results certified by the supplier to be in compliance with the coarse aggregate properties listed in Table A and the coarse aggregate gradation listed in Table B.

**Grip Tight Fog Seal Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the Grip Tight Fog Seal as supplied by Hammaker East, Ltd along with the test results certified by Hammaker East, Ltd to be in compliance with the requirements listed on page 6.

**MATERIAL APPLICATION RATE TABLE C**

| **Material** | **¼" Chip Seal** | **⅜" Chip Seal** |
|---|---|---|
| CRS-2PM | .40 - .50 Gal / SY | .45 - .55 Gal / SY |
| Cover Coat Material | 22 - 24 Lbs / SY | 24 - 26 Lbs / SY |

## CONSTRUCTION REQUIREMENTS

**Equipment:** The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**Asphalt Distributors:** A minimum of two (2) like distributors shall be used on this project. Distributors shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate and must be capable of applying material at a width of 20 feet in a single pass. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**Chip Spreader:** This unit shall be a mechanical chip spreader capable of placing chips at a width of 22 feet in a single pass. Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. FOR SAFETY REASONS the successful contractor shall provide a minimum of two (2) employees on mechanized chip spreader.

**Sweepers:** A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the Owner, prior to placement of quick set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical gutter brooms will be allowed on the project. Sweeping shall be completed within 24 hours of placement of the High Performance Chip Seal.

**Rollers:** A minimum of two (2) like self-propelled pneumatic tired rollers are required. The rubber tired rollers shall have a gross load adjustable to apply 200 – 250 pounds per inch of rolling width. Tire pressure shall be specified for the pneumatic tire rollers and shall not vary more than plus or minus 5.0 psi. At no time shall the rollers travel more than ten miles per hour.

## EXECUTION OF THE WORK

**Surface Preparation:** The contractor shall be responsible for all measures required to provide a thoroughly clean and dry pavement surface including vegetation removal, and sweeping prior to the chip seal application. The contractor shall observe the condition of the pavement prior to bidding to determine the work necessary to provide a clean, dry pavement for construction and shall include the work necessary in the bid. A pick-up style street sweeper shall be utilized for sweeping prior to the chip seal application. Contractor will be responsible for the proper disposal of debris and provide the owner with proposed disposal method upon request.

**Application of Bituminous Materials:** The application of the emulsion shall be performed by means of a pressure distributor in a manner to achieve a uniform and continuous spread over the asphalt surface. The temperature of the emulsion shall be a minimum of 160 F. The quantity of emulsion per square yard shall be as specified in Table C, and will be verified by owner. The distributor shall be moving forward at proper application speed at the time the spray bar is opened. If at any time a nozzle becomes clogged or not spraying a proper pattern, the operation shall be immediately halted until repairs are made. Repairs shall be made immediately after deficiencies are noted. The width of the spread shall be no greater than the width of the aggregate spreader except where additional passes are required the emulsion shall be four inches beyond the aggregate spread at fifty percent application rate. At no time shall the emulsion be allowed to break, chill, setup, harden, or otherwise impair the aggregate retention before the aggregate has been properly applied and rolled.

**Application of Cover Coat Aggregate:** The aggregate shall be applied immediately following the emulsion application by the approved aggregate spreader. The quantity of cover coat aggregate per square yard shall be as specified in Table C. The contractor, prior to start of work, shall calibrate the aggregate spreader to achieve the design application rate of the cover coat aggregate. Spreading shall be accomplished in such a manner that the tires of the trucks and aggregate spreader never contact the newly applied bituminous material. The width of the aggregate spreader shall be equal to the width of the emulsion spread, except where additional passes are required. Areas, which are deficient in aggregate, shall be covered immediately with addition material.

**Rolling:** Initial rolling shall begin immediately after the application of cover coat aggregate. Rollers shall work in tandem and complete a minimum of three passes with a sufficient overlap. Should the rolling operation be delayed, the aggregate and emulsion spreading shall be halted until the operation regains proper sequencing and timing. The maximum speed of the rolling operations shall be ten miles per hour.

**Sweeping:** Within 24 hours of the installing the High Performance Chip Seal, excess aggregate shall be swept and removed from the roadway and adjacent areas with specified herein sweepers. Roadway to be swept with a minimum of two (2) street sweepers, one shall be a pick-up style broom and the 2nd shall be a rotary style broom. Gutter brooms shall not to be used so as not to dislodge chips. Sweeping shall continue until all loose aggregate is removed from the roadway and adjacent areas. Excess aggregate must be removed from project by the contactor and hauled

to a suitable location for either reuse or disposal. Any damage to the new surface caused by the sweeping operation shall be repaired at no cost to the owner.

**Utility Protection:** Manholes, valve boxes, and catch basins shall be covered with an approved material during the operation and shall be removed immediately after the street has been chip sealed. The Contractor is responsible for locating all exposed manholes, valve boxes and catch basins prior to placing cover coat materials.

**Weather Limitations:** No construction shall take place when either the air or pavement surface temperature fall below fifty degrees or when the pavement is moist, or when the weather is or may be detrimental. Detrimental weather is defined as rain showers, cool temperatures, moist pavements, threat of rain showers, or other factors which could affect the performance of the process.

**Traffic Control:** A Traffic Control Plan approved by owner will be required before any work commences. Contractor is responsible for maintenance and protection of traffic in accordance with Penn DOT PUB 213. Contractor must provide a minimum of three (3) certified traffic control personnel and provide proof of certification to the owner upon request. The cost of signage and traffic control necessary shall be considered incidental to the installation of this item.

**Public Notification:** The contractor shall distribute an approved information flyer to all residents adjacent to the project one week prior to the anticipated start of construction. The contractor shall include the contractor's telephone number on the flyer and man this line 24/7 until the contract is completed. The cost of public notification shall be considered incidental and included in the unit price of this item.

**Schedule of Price Reduction for High Performance Chip Seal:** Failing cover coat material properties will result in a price reduction. The contract unit price for this item will be reduced by 2 percent, for each 1 percent passing outside of the coarse aggregate requirements listed in Table A.

Failing cover coat material gradations will result in a price reduction. The contract unit price for this item will be reduced 2 percent, for each 1 percent passing outside of the requirements of Table B for the ⅜ inch, ¼ inch, #4 and #8 sieves. The #200 sieve will have 2 percent price reduction for each 0.1 percent outside of the specification listed in Table B.

**Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between township and contractor.**