IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC., | : | |
| Plaintiffs, | : | No. 12-2370 |
| v. | : | |
| ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE, LOWER MACUNGIE TOWNSHIP; AND OLEY TOWNSHIP, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**DEFENDANT ASPHALT MAINTENANCE SOLUTIONS, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Asphalt Maintenance Solutions, LLC, by and through its attorneys, Norris, McLaughlin & Marcus, P.A. moves this Honorable Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Asphalt Maintenance Solutions, LLC incorporates in full its Brief filed contemporaneously herewith.

**NORRIS, McLAUGHLIN & MARCUS, P.A.**

Date: 06/05/2012

By: */s/ Steven E. Hoffman, Esquire*

Steven E. Hoffman, Esquire
Attorney I.D. No. 63911
Saleem M. Mawji, Esquire
Attorney I.D. No. 200125
1611 Pond Road, Suite 300
Allentown, PA 18104
Ph# 610-391-1800 Fax# 610-391-1805
*Attorneys for Asphalt Maintenance Solutions, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. and DOSCH-KING CO., INC., Plaintiffs, | : | No. 12-2370 |
| v. | : | |
| ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE; LOWER MACUNGIE TOWNSHIP and OLEY TOWNSHIP, Defendants. | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Steven E. Hoffman, do hereby certify that on the 5th day of June, 2012, a true and correct copy of Defendant Asphalt Maintenance Solutions, LLC's Motion to Dismiss Plaintiffs' Complaint has been filed electronically and is available for viewing and downloading from the ECF system.

Served electronically upon:

***ATTORNEYS FOR PLAINTIFFS ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC.***

- **COLIN G. BELL**
  coling@hankinsandman.com,kimp@hankinsandman.com,
  tinag@hankinsandman.com

- **JOHN F. PALLADINO**
  john@hankinsandman.com

- **RAYMOND J. WENT, JR.**
  rayw@hankinsandman.com

***ATTORNEYS FOR OLEY TOWNSHIP***

- **ANDREW J. BELLWOAR**
  ajbellwoar@sianalaw.com,rakochel@sianalaw.com
- **SUSAN L. DIGIACOMO**
  sdigiacomo@sianalaw.com

***ATTORNEYS FOR LOWER MACUNGIE TOWNSHIP***

- **PAUL G. LEES**
  pglees@mdwcg.com

***ATTORNEYS FOR PLUMSTEAD TOWNSHIP and SOLEBURY TOWNSHIP***

- **HARRY G. MAHONEY**
  hgmahoney@dmvnlaw.com,kanderson@dmvnlaw.com

***ATTORNEYS FOR BOROUGH OF MACUNGIE***

- **H. PETER NELSON**
  pnelson@grimlaw.com,froopchand@grimlaw.com,amadle@grimlaw.com,parmstrong@grimlaw.com

Served by first-class, postage prepaid United States Mail upon:

**NORTH WHITEHALL TOWNSHIP**
3256 Levans Road
Coplay, PA 18037

**UPPER MACUNGIE TOWNSHIP**
8330 Schantz Road
Breinigsville, PA 18031

NORRIS McLAUGHLIN & MARCUS, P.A.

By: */s/ Steven E. Hoffman*
Steven E. Hoffman, Esquire
Attorney I.D. No. 63911