# EXHIBIT N

PENNDOT

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: ____________ Municipality: ____________

Project Number: ____________

LOCATION OF WORK:

Various development roads within Upper Macungie Township.

DESCRIPTION OF WORK:
All work is to be complete in-place as per attachments 1A, 1B,and 1C. Contractor will be required to notify all effected residents in a manner acceptable to the township. Contractor must sweep no more than (2) days prior and sweep NO more than 24 hours after the installation of the Chip Seal using a pick-up broom. The following shall be official documents, certified by material producer. Certification from aggregate producer certifying material to meet specifications Attachment 1B page 2 of 6 Table A and Table B.Certifcation from emulsion producer certifying material to meet specifications Attachment 1C. Certifications from the material producers MUST be submitted with the bids.

ESCALATOR CLAUSE:( if adopted by Municipality.)
NO ESCALATOR CLAUSE

SCHEDULE OF PRICES

| Item No. 1 | Approximate Quantities 2 | Unit 3 | *Description 4 | Unit Price 5 | Total 6 |
|---|---|---|---|---|---|
| 1 | 30,000 | SY | High Performance Chip Seal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachement 1B | | |
| | | | | | |
| | | | | | |
| 2 | 30,000 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1C | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project. | | |
| | | | | | |
| | | | | | |
| | | | BIDS TO BE AWARDED ON A TOTAL OF | | |
| | | | ITEMS 1 AND 2. BIDDERS MUST BID ON ALL | | |
| | | | ITEMS. | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | SUBTOTAL FROM OTHER ATTACHMENTS | | |
| | | | TOTAL AMOUNT OF BID | | |

* DESCRIPTION:
Must include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.

# EXHIBIT O

(8-00)

## SPECIAL PROVISIONS TO CONTRACT MS-944 ( Attachment 1-A )
## CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

**The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".**

X Traffic Control and Safety Devices to be provided by the Contractor.
( PA. DEPART. Of TRANS. Publication 203, WORK ZONE TRAFFIC CONTROL, CURRENT EDITION.)
X Delivery tickets for all materials.
X CS-4171 Certificate of Compliance required for all materials.
X Notify the Municipality __five__ working days prior to start of project.
X Work to be completed on or before 5/30/2012 . After 5/30/20112 Liquidated damages apply at the rate of $ 200.00 per calendar day.
X Roadway to be power broomed by (contractor X municipality )prior to start of project.
X Excess material to be removed by (contractor X municipality .)
X Municipality to inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408.
Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed inspector(s).
X Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of NON-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. ( Project Construction Materials )
X The municipality reserves the right to make an award on the basis of the aggregate total for all like items on which quotations are received.
Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
X Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart : A.M. & P.M. and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality.
Complete all testing in accordance with Specification Form 408 Section 401 except Marshall Testing or for superpave Section 409 except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X A Mandatory pre-bid meeting will be held on April 12,2012 at 9am at the Upper Macungie Twp Building.
X Submit Certifications from material producers with bid.
X Submit statement of bidders qualifications with bid.
X No alternative materials will be considered for use on this project.
X Township has the option to extend the awarded contract for a period of three (3) years, renweable in one (1) year increments, upon mutal agreement between township and contactor.

**My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.**

| | | | |
|---|---|---|---|
| Contractor's Representative | Date | Municipality's Representative | Date |
| Company | | Municipality | |

# EXHIBIT P

# Attachment 1B
# High Performance Chip Seal
## (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a quick set Grip Tight fog seal.

It is the intent of this "INVITATION" to secure a qualified contractor to place a specialized High Performance Chip Seal followed by a quick set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to install the High Performance Chip Seal followed by a Grip Tight Fog Seal as per Penn DOT PUB 408/2007-7 and all supplements and attached specifications.
**The attached specifications shall prevail over Penn DOT PUB 408 and Supplements.**

Bidders shall be Penn DOT prequalified prime contractors in accordance with all sections of PUB 408/2007-7 at the time of the bid opening. Any contractor who has been debarred from public work by any DOT will not be considered a responsible bidder and bid will be rejected. **Contractor shall have a minimum of three (3) years experience in applying this specialized type of chip seal and fog seal.**

## BID SUBMITTALS

The following items must be submitted with bid or bid will be rejected:

1. Provide a minimum of 3 municipalities with contact person, phone number and locations where you applied a High Performance Chip Seal and Grip Tight Fog Seal within the past three (3) years in Pennsylvania, projects must be equal to or greater than this project.

2. Certification along with test results from aggregate and emulsion suppliers showing that materials proposed for use conform to specifications listed herein.

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of Penn DOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .40 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .45 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.2% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼ inch aggregate shall be 22 - 24 lbs / SY and for ⅜ inch aggregate the application rate shall be 24 - 26 lbs / SY.

**COARSE AGGREGATE PROPERTIES TABLE A**

| Test | Test Method | **¼" Chip** | **⅜" Chip** |
|---|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 25 | 25 |
| Skid Resistant Level (SRL) Min. | PENN DOT | H | H |
| Absorption, Max. % | AASHTO T85 | 2 | 2 |
| Flakiness Index, Max. % | FLH T 508 (MN DOT Modified) | 20 | 15 |

**COARSE AGGREGATE GRADATION TABLE B (percent passing by weight)**

| Sieve Size | **1/4" Chip** | **3/8" Chip** |
|---|---|---|
| 1/2" | 100 | 100 |
| 3/8" | 100 | 70 - 100 |
| 1/4" | 85 - 100 | 0 - 15 |
| No. 4 | 10 - 30 | 0 - 3 |
| No. 8 | 0 - 3 | |
| No. 200 | 0 - 1.2 | 0 - 1.2 |

**Coarse Aggregate Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the proposed cover coat aggregate along with the test results certified by the supplier to be in compliance with the coarse aggregate properties listed in Table A and the coarse aggregate gradation listed in Table B.

**Grip Tight Fog Seal Sample Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the Grip Tight Fog Seal as supplied by Hammaker East, Ltd along with the test results certified by Hammaker East, Ltd to be in compliance with the requirements listed on page 6.

**MATERIAL APPLICATION RATE TABLE C**

| **Material** | **¼" Chip Seal** | **⅜" Chip Seal** |
|---|---|---|
| CRS-2PM | .40 - .50 Gal / SY | .45 - .55 Gal / SY |
| Cover Coat Material | 22 - 24 Lbs / SY | 24 - 26 Lbs / SY |

## CONSTRUCTION REQUIREMENTS

**Equipment:** The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**Asphalt Distributors:** A minimum of two (2) like distributors shall be used on this project. Distributors shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate and must be capable of applying material at a width of 20 feet in a single pass. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**Chip Spreader:** This unit shall be a mechanical chip spreader capable of placing chips at a width of 22 feet in a single pass. Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. FOR SAFETY REASONS the successful contractor shall provide a minimum of two (2) employees on mechanized chip spreader.

**Sweepers:** A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the Owner, prior to placement of quick set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical gutter brooms will be allowed on the project. Sweeping shall be completed within 24 hours of placement of the High Performance Chip Seal.

**Rollers:** A minimum of two (2) like self-propelled pneumatic tired rollers are required. The rubber tired rollers shall have a gross load adjustable to apply 200 – 250 pounds per inch of rolling width. Tire pressure shall be specified for the pneumatic tire rollers and shall not vary more than plus or minus 5.0 psi. At no time shall the rollers travel more than ten miles per hour.

# EXECUTION OF THE WORK

**Surface Preparation:** The contractor shall be responsible for all measures required to provide a thoroughly clean and dry pavement surface including vegetation removal, and sweeping prior to the chip seal application. The contractor shall observe the condition of the pavement prior to bidding to determine the work necessary to provide a clean, dry pavement for construction and shall include the work necessary in the bid. A pick-up style street sweeper shall be utilized for sweeping prior to the chip seal application. Contractor will be responsible for the proper disposal of debris and provide the owner with proposed disposal method upon request.

**Application of Bituminous Materials:** The application of the emulsion shall be performed by means of a pressure distributor in a manner to achieve a uniform and continuous spread over the asphalt surface. The temperature of the emulsion shall be a minimum of 160 F. The quantity of emulsion per square yard shall be as specified in Table C, and will be verified by owner. The distributor shall be moving forward at proper application speed at the time the spray bar is opened. If at any time a nozzle becomes clogged or not spraying a proper pattern, the operation shall be immediately halted until repairs are made. Repairs shall be made immediately after deficiencies are noted. The width of the spread shall be no greater than the width of the aggregate spreader except where additional passes are required the emulsion shall be four inches beyond the aggregate spread at fifty percent application rate. At no time shall the emulsion be allowed to break, chill, setup, harden, or otherwise impair the aggregate retention before the aggregate has been properly applied and rolled.

**Application of Cover Coat Aggregate:** The aggregate shall be applied immediately following the emulsion application by the approved aggregate spreader. The quantity of cover coat aggregate per square yard shall be as specified in Table C. The contractor, prior to start of work, shall calibrate the aggregate spreader to achieve the design application rate of the cover coat aggregate. Spreading shall be accomplished in such a manner that the tires of the trucks and aggregate spreader never contact the newly applied bituminous material. The width of the aggregate spreader shall be equal to the width of the emulsion spread, except where additional passes are required. Areas, which are deficient in aggregate, shall be covered immediately with addition material.

**Rolling:** Initial rolling shall begin immediately after the application of cover coat aggregate. Rollers shall work in tandem and complete a minimum of three passes with a sufficient overlap. Should the rolling operation be delayed, the aggregate and emulsion spreading shall be halted until the operation regains proper sequencing and timing. The maximum speed of the rolling operations shall be ten miles per hour.

**Sweeping:** Within 24 hours of the installing the High Performance Chip Seal, excess aggregate shall be swept and removed from the roadway and adjacent areas with specified herein sweepers. Roadway to be swept with a minimum of two (2) street sweepers, one shall be a pick-up style broom and the 2nd shall be a rotary style broom. Gutter brooms shall not to be used so as not to dislodge chips. Sweeping shall continue until all loose aggregate is removed from the roadway and adjacent areas. Excess aggregate must be removed from project by the contactor and hauled

to a suitable location for either reuse or disposal. Any damage to the new surface caused by the sweeping operation shall be repaired at no cost to the owner.

**Utility Protection:** Manholes, valve boxes, and catch basins shall be covered with an approved material during the operation and shall be removed immediately after the street has been chip sealed. The Contractor is responsible for locating all exposed manholes, valve boxes and catch basins prior to placing cover coat materials.

**Weather Limitations:** No construction shall take place when either the air or pavement surface temperature fall below fifty degrees or when the pavement is moist, or when the weather is or may be detrimental. Detrimental weather is defined as rain showers, cool temperatures, moist pavements, threat of rain showers, or other factors which could affect the performance of the process.

**Traffic Control:** A Traffic Control Plan approved by owner will be required before any work commences. Contractor is responsible for maintenance and protection of traffic in accordance with Penn DOT PUB 213. Contractor must provide a minimum of three (3) certified traffic control personnel and provide proof of certification to the owner upon request. The cost of signage and traffic control necessary shall be considered incidental to the installation of this item.

**Public Notification:** The contractor shall distribute an approved information flyer to all residents adjacent to the project one week prior to the anticipated start of construction. The contractor shall include the contractor's telephone number on the flyer and man this line 24/7 until the contract is completed. The cost of public notification shall be considered incidental and included in the unit price of this item.

**Schedule of Price Reduction for High Performance Chip Seal:** Failing cover coat material properties will result in a price reduction. The contract unit price for this item will be reduced by 2 percent, for each 1 percent passing outside of the coarse aggregate requirements listed in Table A.

Failing cover coat material gradations will result in a price reduction. The contract unit price for this item will be reduced 2 percent, for each 1 percent passing outside of the requirements of Table B for the ⅜ inch, ¼ inch, #4 and #8 sieves. The #200 sieve will have 2 percent price reduction for each 0.1 percent outside of the specification listed in Table B.

**Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between township and contractor.**

# EXHIBIT Q

# Attachment 1C
# GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chip seal has been swept. After application of Fog Seal there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

## GRIP TIGHT MATERIAL

As supplied by Hammaker East, Ltd, Chambersburg, PA. **No alternative materials will be accepted.**

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |

Tests on Residue:

| | |
|---|---|
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 20-100 seconds |
| Ring&Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Negative/Positive |

Material dilution will be to manufacturer's recommendation and shall be completed prior to material leaving production facility; dilution shall not exceed 30%.

## PROCEDURES

Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. Asphalt distributor must be capable of applying the fog seal at a width of 22 feet in a single pass. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

## APPLICATION RATE

Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

## WARRANTY

Should any delamination occur within one year from the original application date, the contractor will be responsible for reapplying the High Performance Chip Seal and Quick Set Fog Seal to those areas at no additional cost to the owner. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

# EXHIBIT R

## STATEMENT OF BIDDER'S QUALIFICATIONS

All questions must be answered and the data given must be clear and comprehensive. This statement must be notarized. If necessary, questions may be answered on separate, attached sheets.

1. Name of Bidder:

______________________________

2. Bidder's legal address:

______________________________

______________________________

______________________________

3. When organized:

______________________________

4. If a corporation, where incorporated:

______________________________

5. How many years have you been engaged in the contracting business under your present firm or trade name?

______________________________

6. General character of work performed by your company:

______________________________

______________________________

7. List the number of Pennsylvania residents you employ:

______________________________

8. List the background and experience of the principal members of your organization who will be directly involved in the completion of this project.

______________________________

______________________________

______________________________

______________________________

9. Contract on hand: (Schedule these, showing amount of each contract, and the appropriate anticipated dates of completion.)

______________________________

______________________________

______________________________

10. Have you ever failed to complete any work awarded to you? If so, where, and why?

______________________________

______________________________

11. Have you ever defaulted on a contract? If so, where, and why?

12. List your experience in Bituminous Seal Coat in Pennsylvania in 2011. List a minimum of 15 completed contracts in 2011 with dates of completion, size of project, owner and contact person.

13. List the more important projects recently completed by your company in Pennsylvania, stating the approximate cost of each, and the month and year completed.

14. Have you ever been debarred from bidding on public projects? If so what States and why?

15. List all the equipment to be used for this contract; specifying year, make, and model.

16. Will you, upon request, fill out a detailed financial statement, and furnish any other information that may be required by the "Owner"?

_______________________________________________

17. The undersigned hereby authorizes and requests any person, firm, or corporation to furnish any information requested by the "Owner" in verification of this Statement of Bidder's Qualifications.

---

Dated at __________________ this __________ Day of __________________________, 2011

__________________________
(Name of Bidder)

By: __________________________

Title: __________________________

State of __________________, County of __________________________

Being duly sworn, deposes and says that he/she is __________________________
(Title)

of __________________________, and that he answers to the
(Name of Organization)

foregoing questions and all statements therein contained are true and correct. Subscribed and sworn before me this ________ day of __________________, 2011.

__________________________
Notary Public

My Commission Expires: __________________________

# EXHIBIT S

**NOTICE TO BIDDERS**

Sealed proposals will be received by the Solebury Township Board of Supervisors at the Solebury Municipal Building, Administrative Office, PO Box 139, 3092 Sugan Road, Solebury, PA 18963 until 10:00 AM on Thursday, March 29, 2012. ALL BIDS MUST BE ON TOWNSHIP FORMS. PROPOSALS, SPECIFICATIONS, AND INSTRUCTIONS TO BIDDERS may be obtained at the Township administrative office between the hours of 8:30 AM and 4:00 PM.

BID #2012-1 – Bituminous Sealcoat and Crack Sealing.

Description of Work: Application of 1,500 gallons of crack sealant and 21,510 SY of single bituminous sealcoat with Fog Seal on various Township roadways. Contractor shall be responsible for street sweeping roadway surface prior to application, traffic control, and street sweeping excess stone from the road within 36 hours following application.

Solebury Township reserves the right to adjust, add, and delete work. Contractor shall be paid per unit price of material actually installed.

A certified bid check or bid bond in the amount of ten percent (10%) of the total contract shall accompany each bid. The successful bidder must furnish payment and performance bonds valued at one hundred percent (100%) within fifteen (15) days after the contract is awarded. The Solebury Township Board of Supervisors reserves the right to waive irregularities and to reject bids.

Gretchen Rice, Assistant Township Manager, Secretary/Treasurer
Solebury Township

3/16/12
3/19/12

# EXHIBIT T

MS-944

# ATTACHMENT #1

LOCATION OF WORK: REFER ATTACHMENT #2

DESCRIPTION OF WORK: Contractor will provide labor and material necessary for installation of rubberized crack sealer followed by application of single bituminous seal coat CRS-2PM emulsion with ¼ inch aggregate with Grip Tight Quick Set Fog Seal. Contractor is responsible for street sweeping roadway surface prior to installation of bituminous seal coat, traffic control in accordance with PennDOT Publication 203, and street sweeping excess stone from the road surface within 24 hours following installation. Work must be coordinated with the Township. (A minimum of 5 working days notice must be provided to Solebury Township prior to commencement of work.)

ESCALATOR CLAUSE: Refer page 8 of 16

| SCHEDULE OF PRICES | | | | | |
|---|---|---|---|---|---|
| 1. Item No. | 2. Approximate Quantities | 3. Unit | 4. Description | 5. Unit Price | 6. Total |
| 1. | 1,500 | Gal. | Rubberized Joint/Crack Sealer | | |
| 2. | 21,510 | SY | Bituminous Seal CRS-2PM with ¼ Inch Aggregate | | |
| 3. | 21,510 | SY | Grip Tight Quick Set Fog Seal | | |
| | | | | TOTAL BID | |
| | | Note: | In addition to Payment and Performance Bonds in the amount of 100% of the contract price, successful bidder shall provide a one (1) year Maintenance Bond for 100% of the amount of the contract. The Maintenance Bond is to be security and guarantee to insure the integrity and quality of work performed.<br><br>Installation must be performed with a hydrostatic machine capable of a 22 feet wide bituminous seal coat application in a single pass.<br><br>Width of bituminous seal coat application shall conform to existing cartway width.<br><br>The Township, at its sole discretion, reserves the right to reduce the amount of work (number of square yards) to be completed under this contract by up to 10%. | | |

# EXHIBIT U

**CONSTRUCTION & MATEIRAL REQUIREMENTS**
**ASPHALT EMULSION:**

Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of PennDOT Publication 408 and Bulletin 15.3 Application rate for asphalt emulsion CRS-2PM shall be .45-.50 gallon per square yard for single size cubical ¼ inch aggregate.

**AGGREGATES:**

Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have a maximum of 1.5% passing the 200 sieve. Aggregate size shall be ¼ inch in conformance with the following graduation table and coarse aggregate properties listed below. Application rate for ¼ inch aggregate shall be 22-24 lbs/SY. SHOULD Township REQUIRE, CONTRACTOR SHALL PROVIDE A SAMPLE OF AGGREAGE, WITH TEST RESULTS, PRIOR TO AWARD OF BID AT NO ADDITIONAL COST OF THE TOWNSHIP.

The chip or cover coast aggregate shall be a hard, durable, clean rock, and free from coatings or deleterious material. All of the aggregate shall be crushed gray diabase. Only one type of aggregate shall be used and shall conform to the gradations and properties listed below.

COURSE AGGREGATE PROPERTIES

| Test | Test Method | |
|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 20 |
| Micro-Deval (MD) Max. % | AASHTO TP58 | 18 |
| Skid Resistant Level (SRL) Min. | PENNDOT | H |
| Absorption Max% | AASHTO T85 | 2 |
| Thin and Elongate Pieces, Mac. % | ASTM D4791 | 5 |
| Soundness, Max. % | PTM 510 | 10 |
| % Crushed, 1 Face | PT621 | 100 |
| % Crushed, 2 Face | PT621 | 95 |

COURSE AGGREGATE GRADATION TABLE (percent passing by weight)

| Sieve Size | ¼" Chip |
|---|---|
| ½" | 100 |
| ⅜" | 100 |
| ¼" | 85-100 |
| No. 4 | 10-30 |
| No. 8 | 0-3 |
| No. 200 | 0-1.5 |

Amended 01.15.10

GRIP TIGHT FOG SEAL SPECIFICATIONS:

# EXHIBIT V

## ATTACHMENT #3

### Single Size Bituminous Seal Coat followed by a Quick Set Fog Seal

**DESCRIPTION**

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control, and other incidentals necessary to provide a Bituminous Seal Coat. It is the intent of this "INVITATION" to secure a contractor to place Bituminous Seal Coat for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to place the Bituminous Seal Coat as per PennDOT Form 408 and Supplements.

Bidders shall be PennDOT prequalified prime contractors in accordance with all sections of Form 408 at the time of bid opening. Contractor shall have a minimum of Three (3) years experience in applying this type of material.

**CONSTRUCTION & EQUIPMENT REQUIREMENTS**

The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**ASPHALT DISTRIBUTOR:**

Distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**CHIP SPREADER:**

This unit shall be mechanical chip spreader capable of placing chips at a width of 22 feet in a single pass. Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. <u>FOR SAFETY REASONS</u> the successful contractor shall provide a minimum of <u>3 employees</u> on mechanized chips spreader.

**SWEEPERS:**

A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the municipality, prior to placement of Quick Set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical pick-up brooms will be allowed on the project. Sweeping shall be completed within 36 hours of placement of Bituminous Seal Coat.

# EXHIBIT W

MS-944 (11-02)

PENNDOT

**PROPOSAL AND CONTRACT ( WHEN EXECUTED )**

INSTRUCTIONS ON PAGE 4

THIS PROPOSAL INCLUDES INSTRUCTIONS TO BIDDERS

**A. DEPOSIT OF PROPOSALS.**

All envelopes containing Bid proposals shall be clearly marked "Polymer Modified Crack Sealing, Poly Patch & Grip Tight Fog Seal Bid"

Lower Macungie Township (1st Class Township)
MUNICIPALITY (NAME & TYPE)

Renea Flexer
SECRETARY

Sealed Proposals will be received on or before 3:00 pm March 30, 2011
TIME

3400 Brookside Road, Macungie, PA 18062

ADDRESS

Bids will be opened and read at approximately 3:05 PM, on the above Letting Date.
TIME

PROPOSALS MUST BE MAILED OR OTHERWISE DELIVERED TO THE ABOVE ADDRESS.

1 The contractor proposes to furnish and deliver all materials ( including Form CS-4171, CERTIFICATE OF COMPLIANCE ) and to do and perform all work on the following project as more specifically set forth in the Schedule of Prices (Attachment), in accordance with drawings and specifications on file at Lower Macungie Township of the 1st Class as well as the supplements and special requirements contained herein and/ or attached hereto and current PennDOT Specifications (Publication 408), except (a) bidders need not be prequalified by PennDOT (Sec.102.01), and (b) Marshall testing of bituminous paving materials is not required (Sec. 401).

2 If designated as the successful bidder, the contractor will begin work on the date specified in the notice to proceed, or as otherwise provided in the special requirements, and will complete all work within see attachment 1-A calendar days.

3 Accompanying this proposal is a certified check or bid bond in the amount of ______ made payable to the municipality as a proposal guarantee which, it is understood, will be forfeited in case the contractor fails to comply with the requirements of the proposal.

**B. PROPOSAL OF:**

____________________________

NAME / ADDRESS OF CONTRACTOR

**CONTRACTORS CERTIFICATION**

It is hereby certified as follows:

1 The only person interested in the proposal as principal (s) is (are):

____________________________

2 None of the above persons are employees of the municipality.

3 This proposal is made without collusion with any other person, firm or corporation.

4 All plans and specifications referred to above and the site of the work have been examined by the contractor. The contractor understands that the quantities indicated herein are approximate and are subject to change as may be required; and that all work is payable on the basis of the unit price listed on the Schedule of Prices. (Attachment 1).

5 The contractor will comply with all requirements of the laws and implementing regulations of the Commonwealth of Pennsylvania and the United States relating to human relations, equal opportunity and non-discrimination in employment, and will pay to workmen employed in the performance of the contract the wages to which they may be entitled.

6 The contractor will provide the municipality with a performance bond, conditioned upon the faithful performance of the contract in accordance with the plans, specifications and conditions thereof, and a payment bond, conditioned on the prompt payment of all material furnished and labor supplied or performed in the prosecution of the work, in accordance with the Public Works Contractors' Bond Law of 1967; and an affidavit accepting the provisions of the Workmen's Compensation Act of 1915, as amended.

______________________________
CONTRACTOR

WITNESSED OR ATTESTED BY: ________________________
TITLE: (SEAL)

SEAL

________________________
TITLE: (SEAL)

**TO BE EXECUTED ONLY IN THE EVENT THE ABOVE PROPOSAL IS ACCEPTED**

ACCEPTED ON: ____________
DATE

________________________
MUNICIPALITY

ATTESTED BY: ________________________
TITLE:

SEAL

________________________
TITLE:

________________________
TITLE:

# EXHIBIT X

PENNDOT

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: Lehigh Municipality: Lower Macungie Township of the 1st Class

Project Number: ____________

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

LOCATION OF WORK:

Various Roads in Lower Macungie Township, Lehigh Co.

DESCRIPTION OF WORK:
Polymer Modified Crack Sealing, PolyPatch and Grip Tight Fog Seal shall be applied complete in place as per Attachements 1A, 1B, 1C and 1D.
Bids shall be awarded on a total of all items to the lowest responsible bidder.
All quantities bid are more or less, the Township reserves the right to do any portion of the quantities bid to meet budgetary and or project requirements.
Township has the option to extend any portion of the awarded Contract for a period of three (3) years, renewable in one (1) year increments, upon mutal agreement between the township and contractor.

ESCALATOR CLAUSE:( if adopted by Municipality.)
As per attachment 1E.

SCHEDULE OF PRICES

| 1 Item No. | Approximate 2 Quantities | Unit 3 | *Description 4 | Unit 5 Price | Total 6 |
|---|---|---|---|---|---|
| 1 | 6,000 (more or less) annually | Gals | Polymer Modified Crack Seal applied complete in place as per Attachment 1B. | | |
| 2 | 500 (more or less) annually | Gals | PolyPatch, Standard Mix applied complete in place as per Attachment 1C. | | |
| 3 | 33,000 (more or less) annually | SY | Grip Tight Fog Seal applied complete in place as per Attachment 1D. | | |
| | | | Bids to be awarded based on a total of all items to the lowest responsible bidder. | | |
| | | | | SUBTOTAL | |
| | | | | SUBTOTAL FROM OTHER ATTACHMENTS | |
| | | | | TOTAL AMOUNT OF BID | |

* DESCRIPTION:
Must include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.

# EXHIBIT Y

Contract Duration and Years.

If designated the successful bidder, the contractor will begin work upon notice to proceed. The contract shall expire in one year from the initial notice to proceed, unless extended by agreement. An optional extension of the contract for a second and third year will be enacted upon mutual agreement between the Contractor and the Township to maintain contract unit pricing for the extensions. Such agreement shall be in writing and filed on or before January 15th of the contract extension.

# EXHIBIT Z

## Attachment 1D
## GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chip seal has been swept. After application of Fog Seal there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

### GRIP TIGHT MATERIAL

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |
| Tests on Residue: | |
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 20-100 seconds |
| Ring & Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Negative/Positive |

### PROCEDURES

Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. Asphalt distributor must be capable of applying the fog seal at a width of 22 feet in a single pass. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

### APPLICATION RATE

Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

### WARRANTY

Should any product delamination occur within one year from the original application date, the contractor will be responsible for reapplying the Quick Set Fog Seal to those areas at no additional cost to the Municipality. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

### OWNER'S RIGHT TO EXTEND CONTRACT

The Municipality has the option to extend any portion of the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between contractor and Municipality.

# EXHIBIT AA

COPY

MS-944 (11-02)

PENNDOT

**PROPOSAL AND CONTRACT**
**( WHEN EXECUTED )**

**INSTRUCTIONS ON PAGE 4**

**THIS PROPOSAL INCLUDES INSTRUCTIONS TO BIDDERS**

**A. DEPOSIT OF PROPOSALS.**

**All envelopes containing Bid proposals shall be clearly marked "Bid Proposal for letting of** June 13, 2011 **."**
DATE

OLEY TOWNSHIP
MUNICIPALITY (NAME & TYPE)

Shirley M. Moyer
SECRETARY

**Sealed Proposals will be received on or before** 10:00 AM **on the above Letting Date.**
TIME

1 Rose Virginia Road, P. O. Box 19
Oley, PA 19547
ADDRESS

**Bids will be opened and read at approximately** 10:00 AM **, on the above Letting Date.**
TIME

PROPOSALS MUST BE MAILED OR OTHERWISE DELIVERED TO THE ABOVE ADDRESS.

1. The contractor proposes to furnish and deliver all materials ( including Form CS-4171, CERTIFICATE OF COMPLIANCE ) and to do and perform all work on the following project as more specifically set forth in the Schedule of Prices (Attachment), in accordance with drawings and specifications on file at Oley Township as well as the supplements and special requirements contained herein and/ or attached hereto and current PennDOT Specifications (Publication 408), except (a) bidders need not be prequalified by PennDOT (Sec. 102.01), and (b) Marshall testing of bituminous paving materials is not required (Sec. 401).

2. If designated as the successful bidder, the contractor will begin work on the date specified in the notice to proceed, or as otherwise provided in the special requirements, and will complete all work within **see attachment 1-A** calendar days.

3. Accompanying this proposal is a certified check or bid bond in the amount of **10%** made payable to the municipality as a proposal guarantee which, it is understood, will be forfeited in case the contractor fails to comply with the requirements of the proposal.

**B. PROPOSAL OF:** ASPHALT MAINTENANCE SOLUTIONS LLC
P.O. BOX 387
CENTER VALLEY, PA 18034
**NAME / ADDRESS OF CONTRACTOR**

**CONTRACTORS CERTIFICATION**

**It is hereby certified as follows:**

1. The only person interested in the proposal as principal (s) is (are):
TERRY CROUTHAMEL, JR.
TERRY CROUTHAMEL

2. None of the above persons are employees of the municipality.

3. This proposal is made without collusion with any other person, firm or corporation.

4. All plans and specifications referred to above and the site of the work have been examined by the contractor. The contractor understands that the quantities indicated herein are approximate and are subject to change as may be required; and that all work is payable on the basis of the unit price listed on the Schedule of Prices. (Attachment 1).

5 The contractor will comply with all requirements of the laws and implementing regulations of the Commonwealth of Pennsylvania and the United States relating to human relations, equal opportunity and non-discrimination in employment, and will pay to workmen employed in the performance of the contract the wages to which they may be entitled.

6 The contractor will provide the municipality with a performance bond, conditioned upon the faithful performance of the contract in accordance with the plans, specifications and conditions thereof, and a payment bond, conditioned on the prompt payment of all material furnished and labor supplied or performed in the prosecution of the work, in accordance with the Public Works Contractors' Bond Law of 1967; and an affidavit accepting the provisions of the Workmen's Compensation Act of 1915, as amended.

ASPHALT MAINTENANCE SOLUTIONS LLC
CONTRACTOR

WITNESSED OR ATTESTED BY: [signature]
TITLE: ROBERT J. ABBOTT (SEAL)

SEAL

[signature]
TITLE: TERRY CROWTHAMEL MANAGING MEMBER (SEAL)

TO BE EXECUTED ONLY IN THE EVENT THE ABOVE PROPOSAL IS ACCEPTED

ACCEPTED ON : JUNE 13, 2011
DATE

Oley Township
MUNICIPALITY

ATTESTED BY: [signature]
TITLE: Chairman

SEAL

[signature]
TITLE: Vice chairman

[signature]
TITLE: Supervisor

# EXHIBIT BB

PENNDOT

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

# ATTACHMENT 1

TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: BERKS Municipality: OLEY TOWNSHIP

Project Number:

LOCATION OF WORK:

Various roads with-in Oley Township

DESCRIPTION OF WORK:

All work is to be complete in-place as per attachments 1A, 1B, and 1C. Contractor will be required to notify all effected residents in a manner acceptable to the township. Contractor must sweep no more than (2) days prior and sweep NO more than 24 hours after the installation of the Chip Seal using a pick-up broom. The following shall be official documents, certified by material producer. Certification from aggregate producer certifying material to meet specifications Attachment 1B page 2 of 6 Table A and Table B.Certifcation from emulsion producer certifying material to meet specifications Attachment 1C. Certifications from the material producers MUST be submitted with the bids.

ESCALATOR CLAUSE:( If adopted by Municipality.)
See attachment 1D

SCHEDULE OF PRICES

| 1 Item No. | Approximate 2 Quantities | Unit 3 | *Description 4 | Unit 5 Price | Total 6 |
|---|---|---|---|---|---|
| 1 | 56,081 | SY | High Performance Chip Seal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachement 1B | | |
| | | | | | |
| | | | | | |
| 2 | 14,250 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1C | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project. | | |
| | | | | | |
| | | | | | |
| | | | BIDS TO BE AWARDED ON A TOTAL OF | | |
| | | | ITEMS 1 AND 2. BIDDERS MUST BID ON ALL | | |
| | | | ITEMS. | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | | SUBTOTAL FROM OTHER ATTACHMENTS | |
| | | | | TOTAL AMOUNT OF BID | |

* DESCRIPTION:
Must include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED
BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT
AS NOTED IN BULLETIN NO. 25.

# EXHIBIT CC

COPY

## SPECIAL PROVISIONS TO CONTRACT MS-944 (Attachment 1-A)

### CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".

X Traffic Control and Safety Devices to be provided by the Contractor. (PA. DEPART. Of TRANS. Publication 203, WORK ZONE TRAFFIC CONTROL, CURRENT EDITION.)
X Delivery tickets for all materials.
X CS-4171 Certificate of Compliance required for all materials.
X Notify the Municipality five working days prior to start of project.
X Work to be completed on or before 9/30/2009. After 9/30/2009 Liquidated damages apply at the rate of $ 200.00 per calendar day.
X Roadway to be power broomed by (contractor X municipality )prior to start of project.
X Excess material to be removed by (contractor X municipality .)
X Municipality to Inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408.
Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed inspector(s).
X Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of NON-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. (Project Construction Materials)
X The municipality reserves the right to make an award on the basis of the aggregate total for all like items on which quotations are received.
Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
X Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart : A.M. & P.M. and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality.
Complete all testing in accordance with Specification Form 408 Section 401 except Marshall Testing or for superpave Section 409 except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X A Mandatory pre-bid meeting will be held on 6/1, 2011 at 9 am at the Oley township building.
X Submit Certifications from material producers with bid.
X Submit statement of bidders qualifications with bid.
X No alternative materials will be considered for use on this project.
X Township has the option to extend the awarded contract for a period of three (3) years, renweable in one (1) year increments, upon mutal agreement between township and contactor.

My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.

[signature] 6-10-11

| Contractor's Representative | Date | Municipality's Representative | Date |
|---|---|---|---|
| Asphalt Maintenance Solutions LLC | | | |
| Company | | Municipality | |

Terry Crostrameel Managing Member