# EXHIBIT DD

# Attachment 1B
# High Performance Chip Seal
## (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a quick set fog seal.

It is the intent of this "INVITATION" to secure a contractor to place a specialized High Performance Chip Seal followed by a quick set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to place the High Performance Chip Seal followed by a Grip Tight Fog Seal as per Penn DOT PUB 408/2007-7 and all supplements and attached specifications. **The attached specifications shall prevail over Penn DOT PUB 408 and Supplements.**

Bidders shall be Penn DOT prequalified prime contractors in accordance with all sections of PUB 408/2007-7 at the time of the bid opening. Any contractor who has been debarred from public work by any DOT within the last 10 years will not be considered a responsible bidder and bid will be rejected. **Contractor shall have a minimum of three (3) years experience in applying this specialized type of material and shall submit a list of projects completed within the past three years which are equal to or greater than this project.**

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of Penn DOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .45 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .50 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.5% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼ inch aggregate shall be 22 - 24 lbs./ SY and for ⅜ inch aggregate the application rate shall be 24 - 26 lbs./ SY.

**COARSE AGGREGATE PROPERTIES TABLE A**

| Test | Test Method | ¼" Chip | ⅜" Chip |
|---|---|---|---|
| LA Abrasion Max. % | AASHTO T96 | 22 | 22 |
| Micro-Deval (MD) Max % | AASHTO TP58 | 18 | 18 |
| Skid Resistant Level (SRL) Min. | PENN DOT | H | H |
| Absorption, Max. % | AASHTO T85 | 2 | 2 |
| Flakiness Index, Max. % | FLH T 508 (MN DOT Modified) | 17 | 12 |
| Soundness, Max. % | PTM 510 | 10 | 10 |
| % Crushed, 1 Face | PTM 621 | 100 | 100 |
| % Crushed, 2 Face, Min. | PTM 621 | 95 | 95 |

**COARSE AGGREGATE GRADATION TABLE B** (percent passing by weight)

| Sieve Size | 1/4" Chip | 3/8" Chip |
|---|---|---|
| 1/2" | 100 | 100 |
| 3/8" | 100 | 70 - 100 |
| 1/4" | 85 - 100 | 0 - 15 |
| No. 4 | 10 - 30 | 0 - 3 |
| No. 8 | 0 - 3 | |
| No. 200 | 0 - 1.5 | 0 - 1.5 |

**Coarse Aggregate Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the proposed cover coat aggregate along with the test results certified by the supplier to be in compliance with the coarse aggregate properties listed in Table A and the coarse aggregate gradation listed in Table B.

**Grip Tight Fog Seal Submittal:**
If requested by owner, prior to award of bid, submit to the owner a sample of the Grip Tight Fog Seal as supplied by Hammaker East, Ltd along with the test results certified by Hammaker East, Ltd to be in compliance with the requirements listed in Attachment 1C.

## MATERIAL APPLICATION RATES

| Material | ¼" Chipseal | ⅜" Chipseal |
|---|---|---|
| CRS-2PM | .45 - .50 Gal / SY | .50 - .55 Gal / SY |
| Cover Coat Material | 22 - 24 Lbs / SY | 24 - 26 Lbs / SY |

# CONSTRUCTION REQUIREMENTS

**Equipment:** The size and condition of all equipment shall be approved prior to construction. Should equipment be unsatisfactory for whatever cause, the contractor shall remove and replace equipment without delay or cost. The equipment shall conform to the following minimum requirements:

**Asphalt Distributors:** A minimum of two (2) like distributors shall be used on this project. Distributors shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate and must be capable of applying material at a width of 20 feet in a single pass. If owner so chooses, owner's representative will require contractor to perform the PTM 747 before starting work.

**Chip Spreader:** This unit shall be a mechanical chip spreader capable of placing chips at a width of 22 feet in a single pass. Chip Spreader shall be computer rate controlled and accurate to plus or minus 5% of specified application rate. Owner shall have the option of testing said chip spreader each morning before operations begin to ensure accuracy. FOR SAFETY REASONS the successful contractor shall provide a minimum of two (2) employees on mechanized chip spreader.

**Sweepers:** A vacuum sweeper having negative air pressure at the road surface with capability of removing all loose aggregate without causing any harm to the finished surface within 24 hours of placement. Any damage to surface must be repaired to the satisfaction of the Municipality, prior to placement of quick set Fog Seal. Sweeper shall meet applicable U.S. Environmental Protection Agency Standards. No mechanical gutter brooms will be allowed on the project. Sweeping shall be completed within 24 hours of placement of the High Performance Chip Seal.

**Rollers:** A minimum of two (2) like self-propelled pneumatic tired rollers are required. The rubber tired rollers shall have a gross load adjustable to apply 200 – 250 pounds per inch of rolling width. Tire pressure shall be specified for the pneumatic tire rollers and shall not vary more than plus or minus 5.0 psi. At no time shall the rollers travel more than ten miles per hour.

# EXECUTION OF THE WORK

**Surface Preparation:** The contractor shall be responsible for all measures required to provide a thoroughly clean and dry pavement surface including vegetation removal, and sweeping prior to the chipseal application. The contractor shall observe the condition of the pavement prior to bidding to determine the work necessary to provide a clean, dry pavement for construction and shall include the work necessary in the bid. A pick-up style street sweeper shall be utilized for sweeping prior to the chipseal application. Contractor will be responsible for the proper disposal of debris and provide the Municipality with proposed disposal method upon request.

**Application of Bituminous Materials:** The application of the emulsion shall be performed by means of a pressure distributor in a manner to achieve a uniform and continuous spread over the asphalt surface. The temperature of the emulsion shall be a minimum of 160 F. The quantity of emulsion per square yard shall be as specified herein. The distributor shall be moving forward at proper application speed at the time the spray bar is opened. If at any time a nozzle becomes clogged or not spraying a proper pattern, the operation shall be immediately halted until repairs are made. Repairs shall be made immediately after deficiencies are noted and prior to the aggregate spreader at all times during construction. The width of the spread shall be no greater than the width of the aggregate spreader except where additional passes are required the emulsion shall be four inches beyond the aggregate spread at fifty percent application rate. At no time shall the emulsion be allowed to break, chill, setup, harden, or otherwise impair the aggregate retention before the aggregate has been properly applied and rolled.

**Application of Cover Coat Aggregate:** The aggregate shall be applied immediately following the emulsion application by the approved aggregate spreader. The quantity of cover coat aggregate per square yard shall be as specified herein. The contractor, prior to start of work, shall calibrate the aggregate spreader to achieve the design application rate of the cover coat aggregate. Spreading shall be accomplished in such a manner that the tires of the trucks and aggregate spreader never contact the newly applied bituminous material. The width of the aggregate spreader shall be equal to the width of the emulsion spread, except where additional passes are required. Areas, which are deficient in aggregate, shall be covered immediately with addition material.

**Rolling:** Initial rolling shall begin immediately after the application of cover coat aggregate. Rollers shall work in tandem and complete a minimum of three passes with a sufficient overlap. Should the rolling operation be delayed, the aggregate and emulsion spreading shall be halted until the operation regains proper sequencing and timing. The maximum speed of the rolling operations shall be ten miles per hour.

**Sweeping:** Within 24 hours of the installing the High Performance chipseal, excess aggregate shall be swept and removed from the roadway and adjacent areas with specified herein sweepers. Roadway to be swept with a mininum of two (2) street sweepers, one shall be a pick-up style broom and the 2nd shall be a rotary style broom. Gutter brooms shall not to be used so as not to dislodge chips. Sweeping shall continue until all loose aggregate is removed from the roadway and adjacent areas. Excess aggregate must be removed from project by the contactor and hauled

to a suitable location for either reuse or disposal. Any damage to the new surface caused by the sweeping operation shall be repaired at no cost to the owner.

**Utility Protection:** Manholes, valve boxes, and catch basins shall be covered with an approved material during the operation and shall be removed immediately after the street has been chipsealed. The Contractor is responsible for locating all exposed manholes, valve boxes and catch basins prior to placing cover coat materials.

**Weather Limitations:** No construction shall take place when either the air or pavement surface temperature fall below fifty degrees or when the pavement is moist, or when the weather is or may be detrimental. Detrimental weather is defined as rain showers, cool temperatures, moist pavements, threat of rain showers, or other factors which could affect the performance of the process.

**Traffic Control:** A Traffic Control Plan approved by owner will be required before any work commences. Contractor is responsible maintenance and protection of traffic in accordance with Penn DOT PUB 213. Contractor must provide a minimum of three (3) certified traffic control personnel and provide proof of certification to the Municipality upon request. The cost of signage and traffic control necessary shall be considered incidental to the installation of this item.

**Public Notification:** The contractor shall distribute an approved information flyer to all residents adjacent to the project at least one week prior to the anticipated start of construction. The contractor shall post a local telephone number with a (610) exchange on the flyer and man this line 24/7 until the contract is completed. The cost of public notification shall be considered incidental and included in the unit price of this item.

**Schedule of Price Reduction for High Performance Chip Seal:** Failing cover coat material properties will result in a price reduction. The contract price for will be reduced by 2 percent, for each 1 percent passing outside of the coarse aggregate requirements listed in Table A.

Failing cover coat material gradations will result in a price reduction. The contract price for this item will be reduced 2 percent, for each 1 percent passing outside of the requirements of Table B for the ⅜ inch, ¼ inch, #4 and #8 sieves. The #200 sieve will have 2 percent price reduction for each 0.1 percent outside of the specification listed in Table B.

Township has the option to extend the awarded contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between township and contractor.

# EXHIBIT EE

## Attachment 1C
## GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chipseal has been swept. After application of Fog Seal there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

**GRIP TIGHT MATERIAL**
As supplied by Hammaker East, Ltd, Chambersburg, PA. **No alternative materials will be accepted.**

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |
| Tests on Residue: | |
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 20-100 seconds |
| Ring&Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Negative/Positive |

Material dilution will be to manufacturer's recommendation and shall be completed prior to material leaving production facility; dilution shall not exceed 30%.

**PROCEDURES**
Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. Asphalt distributor must be capable of applying the fog seal at a width of 22 feet in a single pass. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

**APPLICATION RATE**
Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

**WARRANTY**
Should any product delamination occur within one year from the original application date, the contractor will be responsible for reapplying the High Performance Chip Seal and Quick Set Fog Seal to those areas at no additional cost to the Municipality. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

# EXHIBIT FF

# Attachment 1D
# ESCALATOR CLAUSE

Escalator Provisions:

a) The contractor shall have the right to increase or (decrease) the contract unit price of the items specified in an amount equal to the contractor's increase or (decrease) in costs of such items occurring subsequent to the date of the bid opening (hereinafter referred to as "base date"). Any increase (or decrease) in the contractor's cost of such items after the base rate shall be verified by proper documents furnished to the municipality, including proof of price to the contractor from the contractor's source of supply.

b) Should the contractor's allocation of any items be materially reduced by the contractor's source of supply, the contractor may reduce proportionately the quantity of such items to be delivered in accordance with this contract.

c) The municipality may withdraw or reduce the quantity of any item or terminate or reduce the scope of the contract:

1) If the unit cost of any item covered by these escalator provisions is increased by more than 25% above the base price, or

2) If, because of an increase in the unit cost of one or more items covered by these escalator provisions, the total estimated cost of the contract is increased more than 25% above the base price.

These escalator provisions shall apply only to the following materials:

* CRS-2PM asphalt emulsion

* Grip Tight Fog Seal asphalt emulsion

# EXHIBIT GG

MS-944 (6-06)

PROPOSAL AND CONTRACT
( WHEN EXECUTED )

INSTRUCTIONS ON PAGE 4

THIS PROPOSAL INCLUDES INSTRUCTIONS TO BIDDERS

**A. DEPOSIT OF PROPOSALS.**

All envelopes containing Bid proposals shall be clearly marked [redacted] Bituminous Seal Coat Bid, June 2, 2011 ."
DATE

Macungie Borough
MUNICIPALITY (NAME & TYPE)

Chris L. Boehm
SECRETARY

Sealed Proposals will be received on or before 11:00 AM (TIME) on the above Letting Date.

21 Locust Street
Macungie PA 18062
ADDRESS

Bids will be opened and read at approximately 11:00 AM (TIME), on the above Letting Date.

PROPOSALS MUST BE MAILED OR OTHERWISE DELIVERED TO THE ABOVE ADDRESS.

1 The contractor proposes to furnish and deliver all materials ( including Form CS-4171, CERTIFICATE OF COMPLIANCE and/ or TR-465 DAILY BITUMINOUS MIXTURE CERTIFICATION ) and to do and perform all work on the following project as more specifically set forth in the Schedule of Prices (Attachment), in accordance with drawings and specifications on file at as well as the supplements and special requirements contained herein and/ or attached hereto and current PennDOT Specifications (Publication 408), except [redacted] Volumetric testing of bituminous paving materials is not required (Sec. 409).

2 If designated as the successful bidder, the contractor will begin work on the date specified in the notice to proceed, or as otherwise provided in the special requirements, and will complete all work within see attachment 1-A calendar days.

3 Accompanying this proposal is a certified check or bid bond in the amount of 10% made payable to the municipality as a proposal guarantee which, it is understood, will be forfeited in case the contractor fails to comply with the requirements of the proposal.

**B. PROPOSAL OF:** ASPHALT MAINTENANCE SOLUTIONS LLC
P.O. BOX 387
CENTER VALLEY, PA 18034
NAME / ADDRESS OF CONTRACTOR

**CONTRACTORS CERTIFICATION**

It is hereby certified as follows:

1 The only person interested in the proposal as principal (s) is (are):
TERRY CRENTHAMEL, JR.
TERRY CRENTHAMEL

2 None of the above persons are employees of the municipality.

3 This proposal is made without collusion with any other person, firm or corporation.

4 All plans and specifications referred to above and the site of the work have been examined by the contractor. The contractor understands that the quantities indicated herein are approximate and are subject to change as may be required; and that all work is payable on the basis of the unit price listed on the Schedule of Prices. (Attachment 1).

5 The contractor will comply with all requirements of the laws and implementing regulations of the Commonwealth of Pennsylvania and the United States relating to human relations, equal opportunity and non-discrimination in employment, and will pay to workmen employed in the performance of the contract the wages to which they may be entitled.

6 The contractor will provide the municipality with a performance bond, conditioned upon the faithful performance of the contract in accordance with the plans, specifications and conditions thereof, and a payment bond, conditioned on the prompt payment of all material furnished and labor supplied or performed in the prosecution of the work, in accordance with the Public Works Contractors' Bond Law of 1967; and an affidavit accepting the provisions of the Workmen's Compensation Act of 1915, as amended.

Asphalt Maintenance Solutions LLC
CONTRACTOR

BY: [signature] DATE: 6/1/11
TITLE: Terry Couthamel Managing Member

WITNESSED OR ATTESTED BY: Robert J. Abbott DATE: 6/1/11
TITLE: Robert J. Abbott

TO BE EXECUTED ONLY IN THE EVENT THE ABOVE PROPOSAL IS ACCEPTED

ACCEPTED ON: 6/6/11
DATE

Macungie Borough
MUNICIPALITY

BY: Chris Boehm
TITLE: Borough Manager

BY: ______
TITLE: ______

SEAL

BY: ______
TITLE: ______

ATTESTED BY: Cynthia Hartzell
TITLE:

# EXHIBIT HH

PENNDOT

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: Lehigh

Municipality: Macungie Borough

Project Number: 2011-1

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

LOCATION OF WORK:

Various roads within Macungie Borough, Lehigh County

DESCRIPTION OF WORK:

All work is to be applied complete in-place as per Attachments 1A, 1B and 1C. Contractor will be required to notify all effected residents in a manner acceptable to the Borough. Contractor will be responsible for traffic control as per PUB 213. Bidders must be PennDOT pre-qualified prime contractors prior to the date of bid and must submit a valid pre-qualification certificate with bid. Bids to be awarded based on a total of all items to the lowest responsible and qualified bidder. The Borough has the option to extend the award contract for a period of three (3) years, renewable in one (1) year increments, upon mutual agreement between the Borough and the contractor.

ESCALATOR CLAUSE:( If adopted by Municipality.)

SCHEDULE OF PRICES

| 1 Item No. | 2 Approximate Quantities | 3 Unit | 4 *Description | 5 Unit Price | 6 Total |
|---|---|---|---|---|---|
| 1 | 4,500 (more or less) | SY | Single Size 1/4 inch Bituminous Seal Coat utilizing CRS-2PM as per Attachment 1B | $4.65 | 20925.00 |
| 2 | 1 | SY | Single Size 3/8 inch Bituminous Seal Coat utilizing CRS-2PM as per Attachment 1B | $4.95 | 4.95 |
| 3 | 4,500 (more or less) | SY | Grip Tight Fog Seal applied complete in place as per Attachment 1B | $1.17 | 5265.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*DESCRIPTION:
Must include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.

| | |
|---|---|
| SUBTOTAL | 26194.95 |
| SUBTOTAL FROM OTHER ATTACHMENTS | |
| TOTAL AMOUNT OF BID | 26194.95 |

# EXHIBIT II

# ATTACHMENT 1C

## Bid Opening Requirements

The following items must be submitted with bid. Failure to submit any of the information requested shall constitute a non-responsive bid and be cause for automatic rejection of bid.

1. Valid PennDOT Pre-Qualification Certificate. (Bidders must be PennDOT pre-qualified as a prime contractor prior to bid date with work class codes F4.

2. Detailed description of equipment and personnel to be utilized on this project. For equipment: list year, make, model and serial number and for personnel: list name and years of experience.

3. A reference list of recently completed projects in PennDOT District 5 utilizing the single size cubical aggregate and the grip tight fog seal, include the name of customer, contact person, phone number, project title, date completed, etc.

**Failure to submit any of the above shall constitute an automatic rejection of bid.**

# EXHIBIT JJ

# Public Notice or Legal Notice #: 3282139

**Sealed Proposal**

**BID NOTICE**
**BRECKNOCK TOWNSHIP**

**Sealed proposals will be received by the Supervisors of Brecknock Township, Berks County, Pennsylvania at 889 Alleghenyville Road, Mohnton, PA 19540 until 10 AM on Monday, April 2, 2012 at which time they will be opened and read, for the following:**

**Option A**

**32,550 SY of High Performance Chip Seal, Single Size ¼ inch Bituminous Seal Coat utilizing CRS-2PM**
**32,550 SY of Grip Tight Fog Seal applied complete in place**
**55,050 SY of Bituminous Seal Coat Double Application**

**Option B**

**87,600 SY of Bituminous Seal Coat Double Application**

**Bituminous price adjustment applies to the contract. Bidders are required to be PennDOT prequalified in work specified with proof of prequalification required with bid submittal. Liquidated damages apply at the rate of $200.00 per calendar day. Proposals must be upon the forms furnished by the Municipality and can be obtained at the Brecknock Township Municipal Building Monday through Friday, 9 AM to 2 PM, telephone 717-445-6683. Proposals must be accompanied by a bid bond or certified check in the amount of 10% of the total bid payable to the Municipality. A performance bond or certified check in the amount of 100% of the contract shall be furnished by the successful bidder within 20 days after the contract is awarded. This is not a Pennsylvania Prevailing Wage Project.**

**The Municipality reserves the right to reject any or all proposals or portions thereof.**

**Dorothy L. Martin,**
**Secretary**
**Brecknock Township**

9 to 2 PM
called 3/13/12 left message Lisa

# EXHIBIT KK

# ATTACHMENT 1

## TO MS - 944 ( PROPOSAL AND CONTRACT MS - 944 )

County: Berks Municipality: Brecknock Township

Project Number:

THIS PORTION TO BE COMPLETED BY THE MUNICIPALITY

LOCATION OF WORK:

Various roads - see Attachment B

DESCRIPTION OF WORK:
See Attachment A

ESCALATOR CLAUSE:( if adopted by Municipality.)
See Attachment 1E

| SCHEDULE OF PRICES | | | | | |
|---|---|---|---|---|---|
| 1 Item No. | 2 Approximate Quantities | 3 Unit | 4 *Description | 5 Unit Price | 6 Total |
| | | | | | |
| | | | OPTION A | | |
| | | | | | |
| 1 | 32,550 | SY | High Performance ChipSeal | | |
| | (more or less) | | Single Size 1/4 inch Bituminous Seal Coat | | |
| | | | utilizing CRS-2PM as per Attachment 1B | | |
| | | | | | |
| 2 | 32,550 | SY | Grip Tight Fog Seal applied complete | | |
| | (more or less) | | in-place as per Attachment 1C | | |
| | | | NO Alterative products will be considered | | |
| | | | for this project | | |
| | | | | | |
| 3 | 55,050 | SY | Double Bituminous Seal Coat as per | | |
| | (more or less) | | Attachment 1D | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | SUBTOTAL FROM OTHER ATTACHMENTS | | |
| | | | TOTAL AMOUNT OF BID | | |

* DESCRIPTION:
Must Include ADT on wearing surfaces
USE OF CUTBACK ASPHALT IS PROHIBITED BETWEEN MAY 1st AND OCTOBER 31st, EXCEPT AS NOTED IN BULLETIN NO. 25.

# EXHIBIT LL

# Attachment 1B
# High Performance Chip Seal
### (Single Size Cubical Bituminous Seal Coat)
# Followed by a Quick Set Grip Tight Fog Seal

## DESCRIPTION

The Contractor shall furnish all labor, equipment, material, supplies, signage, traffic control and other incidentals necessary to provide a Single Size Cubical Bituminous Seal Coat followed by a quick set Grip Tight fog seal.

It is the intent of this "INVITATION" to secure a contractor to place a specialized High Performance Chip Seal followed by a quick set Fog Seal for surface treatment on various streets. The work to be performed under this contract consists of furnishing and delivering all materials to the job site and performing all work required to place the High Performance Chip Seal followed by a Grip Tight Fog Seal (as supplied by Hammaker East, Ltd.) as per Penn DOT PUB 408/2007-7 and all supplements and attached specifications. **The attached specifications shall prevail over Penn DOT PUB 408 and Supplements.**

**Bidders shall be** Penn DOT prequalified prime contractors in accordance with all sections of **PUB 408/2007-7** at the time of the bid opening. Any contractor who has been debarred from **public work** by any DOT within the last 10 years will not be considered a responsible bidder and **bid will be rejected. Contractor shall have a minimum of three (3) years experience in applying this specialized type of material and shall submit a list of projects completed within the past three years which are equal to or greater than this project.**

## MATERIALS

**Asphalt Emulsion:** Polymer Modified Asphalt Emulsion type CRS-2PM, meeting the requirements of Penn DOT PUB 408 and Bulletin 15. Application rate for asphalt emulsion CRS-2PM shall be .45 - .50 gallon per square yard for single size cubical ¼ inch aggregate and .50 - .55 gallon per square yard for single size cubical ⅜ inch aggregate.

**Cover Coat Material:** The chip or cover coat aggregate shall be a hard, durable, clean rock and free from coatings or deleterious material. Only one type of aggregate shall be used. Aggregates shall be supplied from a currently accepted source listed in Bulletin #14. Aggregates shall have less than 1.5% passing the 200 sieve. Aggregate size shall be either ¼ inch or ⅜ inch and in conformance with the coarse aggregate properties listed in Table A and with the gradation listed in Table B. Application rate for ¼ inch aggregate shall be 22 - 24 lbs / SY and for ⅜ inch aggregate the application rate shall be 24 - 26 lbs / SY.

# EXHIBIT MM

# Attachment 1C
## GRIP TIGHT FOG SEAL SPECIFICATIONS

Fog seal shall consist of an application of Grip Tight as per specifications listed below applied immediately after the chipseal has been swept. After application of Fog Seal there shall be no dust or loose aggregate. Roadway must remain open to traffic during this operation and any damage claims, up to one thousand dollars ($1,000) per vehicle, shall be the responsibility of the contractor.

**GRIP TIGHT MATERIAL**
As supplied by Hammaker East, Ltd, Chambersburg, PA. No alternative materials will be accepted.

Cationic latex modified asphalt emulsion used for fog seal on various types of roadways:

| | |
|---|---|
| Residue percent by distillation (AASHTO T-59) | 60% minimum |
| Tests on Residue: | |
| D.S.R. ORIG G*/SIN d | 1.0 Min. |
| Sieve Test (AASHTO T 59) | 0.1% Max. |
| Viscosity, Furol @ 77 F (AASHTO T 72) | 20-100 seconds |
| Ring&Ball Softening Point (AASHTO T 53) | 60 Minimum C |
| Particle Charge (AASHTO T 59) | Negative/Positive |

Material dilution will be to manufacturer's recommendation and shall be completed prior to material leaving production facility; dilution shall not exceed 30%.

**PROCEDURES**
Asphalt distributor shall be computer rate controlled with accuracy of plus or minus 5% for determined application rate. Asphalt distributor must be capable of applying the fog seal at a width of 22 feet in a single pass. The application temperature of liquid asphalt shall be 140-180 degrees F. The maximum application temperature for Grip Tight shall be 180 degrees F.

The existing surface shall be patched when necessary, cleaned, and rendered free from irregularities to the extent necessary to provide a reasonably smooth and uniform surface. Unstable corrugated or deteriorated areas of existing pavement shall be removed and replaced with suitable patching materials. The edges of existing pavements that will be adjacent to new pavement shall be thoroughly cleaned to permit adhesion of asphalt.

**APPLICATION RATE**
Grip Tight material shall be applied at a rate of 0.20 – 0.25 gallons per square yard or as determined by owner during construction.

**WARRANTY**
Should any product delamination occur within one year from the original application date, the contractor will be responsible for reapplying the High Performance Chip Seal and Quick Set Fog Seal to those areas at no additional cost to the Municipality. This warranty does not include areas where reflective cracking or roadway base failure is evident prior to, or develops following application.

# EXHIBIT NN

(8-00)

# SPECIAL PROVISIONS TO CONTRACT MS-944 ( Attachment 1-A )
## CONTAINS IMPORTANT INFORMATION FOR THE CONTRACTOR

**The Prime Contractor and subcontractors must comply with all of the following provisions that are marked with an "X".**

X Traffic Control and Safety Devices to be provided by the Contractor.
( PA. DEPART. Of TRANS. Publication 203, WORK ZONE TRAFFIC CONTROL, CURRENT EDITION.)
X Delivery tickets for all materials.
X CS-4171 Certificate of Compliance required for all materials.
X Notify the Municipality five working days prior to start of project.
X Work to be completed on or before 8/24/2012 . After 8/24/2012 Liquidated damages apply at the rate of $ 200.00 per calendar day.
X Roadway to be power broomed by (contractor X municipality )prior to start of project.
X Excess material to be removed by (contractor X municipality .)
X Municipality to Inspect project.
X Need Bill of Lading for each shipment of bituminous material per Section 702.1(c) of Specifications 408.
Tack Coat required per Section 460, or 409 for superpave, of Specifications 408 and is incidental to paving item unless noted otherwise.
Prime Coat required per Section 461 of Specifications 408.
Bituminous Seal on all abutting pavement and curbs required.
Saw cut or Milled Paving Notch required and incidental to paving item unless noted otherwise.
Scratch/ Leveling Courses to be placed at the discretion of appointed Inspector(s).
X Full width pavement with one pass required.
X Municipality reserves the right to limit work completed.
Taper pavement the last 3 feet to curb.
For FOB Source bids, hauling distance will determine selection of bid award.
X Municipality reserves the right to procure material which best suits their requirements after all bids and items are reviewed.
X Completion of NON-COLLUSION AFFIDAVIT required.
X Incidental Preparation and clean up required. ( Project Construction Materials )
X The municipality reserves the right to make an award on the basis of the aggregate total for all like items on which quotations are received.
Provide design, which meets Specifications Form 408 to the municipality 5 days prior to start of work.
X Contractor responsible for defects that occur within one year of applications.
X Contractor required to review proposed project with Municipality's Representative prior to bidding.
X Oil Samples required from each distributor truck by contractor (1) one quart : A.M. & P.M. and witnessed by municipality and retained by municipality. (Oil samples must be placed in an approved type container that is compatible with oil sample.)
X At least three random stone samples to be taken by contractor on project site witnessed by municipality and retained by municipality.
Complete all testing in accordance with Specification Form 408 Section 401 except Marshall Testing or for superpave Section 409 except for superpave volumetric testing.
X Notice to Proceed will be the date of Contract acceptance.
X Final Completion Certificate & Notice of Completion required.
X Future award of Contract will be based on quality of work as determined by the municipality.
X Contractor, notify all residents of pending work to be performed.
X Submit Certifications from material producers with bid.
X Submit statement of bidders qualifications with bid.
X No alternative materials will be considered for use on this project.
X Work not to commence before July 15, 2012 and to be completed by August 24, 2012.

**My signature signifies that I have read and understand the above special provisions to this contract, and by being authorized by this company to act as their authorized representative, and on their behalf hereby agree to adhere to any and all of the provisions pertaining to this contract.**

| | | | |
|---|---|---|---|
| Contractor's Representative | Date | Municipality's Representative | Date |
| Company | | Brecknock Twp. Municipality | |

# EXHIBIT OO

X

## Attachment A

### Description of Work

All work is to be completed in-place as per attachments 1A, 1B, 1C, 1D and 1E. Contractor will be required to notify all affected residents in a manner acceptable to the township. Contractor must sweep no more than (2) days prior and sweep not more than 24 hours after the installation of the High Performance Chip Seal using a pick-up broom. The following shall be official documents, certified by material producer. Certification from aggregate producer certifying material to meet specifications Attachment 1B page 2 of 6 Table A and Table B. Certification from emulsion producer certifying material to meet specification Attachment 1C. Certifications from the material producers must be submitted with the bids. Contract to be awarded based on total of either Option A or Option B to the lowest responsible bidder.

# EXHIBIT PP

## STATEMENT OF BIDDER'S QUALIFICATIONS

All questions must be answered and the data given must be clear and comprehensive. This statement must be notarized. If necessary, questions may be answered on separate, attached sheets.

1. Name of Bidder:

2. Bidder's legal address:

3. When organized:

4. If a corporation, where incorporated:

5. How many years have you been engaged in the contracting business under your present firm or trade name?

6. General character of work performed by your company:

7. List the number of Pennsylvania residents you employ:

8. List the background and experience of the principal members of your organization who will be directly involved in the completion of this project.

9. Contract on hand: (Schedule these, showing amount of each contract, and the appropriate anticipated dates of completion.)

10. Have you ever failed to complete any work awarded to you? If so, where, and why?

11. Have you ever defaulted on a contract? If so, where, and why?

12. List your experience in Bituminous Seal Coat in Pennsylvania in 2011. List a minimum of 15 completed contracts in 2011 with dates of completion, size of project, owner and contact person.

13. List the more important projects recently completed by your company in Pennsylvania, stating the approximate cost of each, and the month and year completed.

14. Have you ever been debarred from bidding on public projects? If so what States and why?

15. List all the equipment to be used for this contract; specifying year, make, and model.