**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASPHALT PAVING SYSTEMS, INC., *et al.*** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 12-2370** |
| **ASPHALT MAINTENANCE SOLUTIONS, LLC, *et al.*** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 26th day of June 2012, as Plaintiff has filed an amended complaint, it is hereby **ORDERED** that the Motion to Dismiss (Doc. No. 23) is **DISMISSED AS MOOT**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**