IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC.<br><br>Plaintiffs,<br><br>v.<br><br>ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE, LOWER MACUGIE TOWNSHIP; AND OLEY TOWNSHIP,<br><br>Defendants. | : | No. 12-2370<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ASPHALT MAINTENANCE SOLUTIONS, LLC'S**
**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant, Asphalt Maintenance Solutions, LLC, by and through its attorneys, Norris, McLaughlin & Marcus, P.A. moves this Honorable Court to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Asphalt Maintenance Solutions, LLC incorporates in full its Brief filed contemporaneously herewith.

**NORRIS, McLAUGHLIN & MARCUS, P.A.**

Date: 7/9/12

By: */s/ Steven E. Hoffman, Esquire*
Steven E. Hoffman, Esquire
Attorney I.D. # 63911
Saleem M. Mawji, Esquire
Attorney I.D. No. #200125
1611 Pond Road, Suite 300
Allentown, PA 18104
Ph# 610-391-1800 Fax# 610-391-1805
*Attorneys for Asphalt Maintenance Solutions, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. and DOSCH-KING CO., INC., Plaintiffs, | : | No. 12-2370 |
| v. | : | |
| ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE; LOWER MACUNGIE TOWNSHIP and OLEY TOWNSHIP, Defendants. | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Steven E. Hoffman, do hereby certify that on the 9th day of July, 2012, a true and correct copy of Defendant Asphalt Maintenance Solutions, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint has been filed electronically and is available for viewing and downloading from the ECF system.

Served electronically upon:

***ATTORNEYS FOR PLAINTIFFS ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC.***

- **COLIN G. BELL**
  coling@hankinsandman.com,kimp@hankinsandman.com,
  tinag@hankinsandman.com
- **JOHN F. PALLADINO**
  john@hankinsandman.com
- **RAYMOND J. WENT, JR.**
  rayw@hankinsandman.com

***ATTORNEYS FOR OLEY TOWNSHIP***

- **ANDREW J. BELLWOAR**
  ajbellwoar@sianalaw.com,rakochel@sianalaw.com
- **SUSAN L. DIGIACOMO**
  sdigiacomo@sianalaw.com

***ATTORNEYS FOR LOWER MACUNGIE TOWNSHIP***

- **PAUL G. LEES**
  pglees@mdwcg.com

***ATTORNEYS FOR PLUMSTEAD TOWNSHIP and SOLEBURY TOWNSHIP***

- **HARRY G. MAHONEY**
  hgmahoney@dmvnlaw.com,kanderson@dmvnlaw.com
- **MAY MON POST**
  mpost@dmvnlaw.com, sheppler@dmvnlaw.com

***ATTORNEYS FOR BOROUGH OF MACUNGIE***

- **H. PETER NELSON**
  pnelson@grimlaw.com,froopchand@grimlaw.com,amadle@grimlaw.com,parmstrong@grimlaw.com

***ATTORNEYS FOR NORTH WHITEHALL TOWNSHIP***

- **LISA A. YOUNG**
  younglaw@ptd.net

***ATTORNEYS FOR UPPER MACUNGIE TOWNSHIP***

- **ANITA B. WEINSTEIN**
  aweinstein@cozen.com, dmcwilliams@cozen.com
- **ANN T. FIELD**
  afield@cozen.com,bplefka@cozen.com
- **MARYTERESA SOLTIS**
  msoltis@cozen.com

NORRIS McLAUGHLIN & MARCUS, P.A.

By: */s/ Steven E. Hoffman*
Steven E. Hoffman, Esquire
Attorney I.D. No. 63911