IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC., | : | |
| Plaintiffs, | : | No. 12-2370 |
| v. | : | |
| ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE, LOWER MACUGIE TOWNSHIP; AND OLEY TOWNSHIP, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**ORDER**

AND NOW, this ______ day of _________________, 2012, upon consideration of Defendant, Asphalt Maintenance Solutions, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. All claims against Asphalt Maintenance Solutions, LLC are DISMISSED in their entirety with prejudice.

BY THE COURT:

_____________________________________
J.