John F. Palladino, Esq. (JP8794)
Hankin Sandman & Palladino
30 S. New York Avenue
Atlantic City, NJ 08401
Phone: (609) 344-5161
Fax: (609) 344-7913
***Attorneys for Plaintiffs, Asphalt Paving Systems, Inc. and Dosch-King Co., Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPHALT PAVING SYSTEMS, INC.; and DOSCH-KING CO., INC.,<br><br>Plaintiff<br><br>v.<br><br>ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE, LOWER MACUNGIE TOWNSHIP; and OLEY TOWNSHIP,<br>Defendants | Civil Action No.: 12-2370 |

CERTIFICATION OF SERVICE

I, John F. Palladino, Esquire, do hereby certify that on August 14, 2012:

1. A true and correct copy of Plaintiffs Asphalt Paving Systems, Inc. and Dosch-King Co., Inc.'s Brief in Opposition to Defendant Asphalt Maintenance Solutions, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint has been filed electronically and is available for viewing and downloading from the ECF system.

Served electronically upon:

Steven E. Hoffman, Esq. (attorney for Asphalt Maintenance Solutions, LLC)
Norris, McLaughlin & Marcus, P.A.
The Paragon Centre
1611 Pond Road, Suite 300
Allentown, PA 18104
E-mail: shoffman@nmmlaw.com

Lisa A. Young, Esq. (attorney for North Whitehall Township)
Law Offices of Lisa A. Young
4442 Route 309, Suite A
Schnecksville, PA 18078
E-mail: Younglaw@ptd.net

Harry G. Mahoney, Esq. (attorney for Plumstead and Solebury Townships)
May Mon Post, Esq.
Deasey, Mahoney, Valenti and North, Ltd.
Suite 3400
1601 Market Street
Philadelphia, PA 19103-2301
E-mail: Hmahoney@dmvnlaw.com
mpost@dmvnlaw.com

Ann Thornton Field, Esq. (attorney for Upper Macungie Township)
Anita B. Weinstein, Esq.
MaryTeresa B. Soltis, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
E-mail: afield@cozen.com
aweinstein@cozen.com
msoltis@cozen.com

Patrick M. Armstrong, Esq. (attorney for Borough of Macungie)
H. Peter Nelson, Esq.
Grim Beihn & Thatcher
P.O. Box 215
104 S. 6th Street
Perkasie, PA 18944
E-mail: parmstrong@grimlaw.com

Paul G. Lees, Esq. (attorney for Lower Macungie)
Marshall, Dennehey, Warner, Coleman & Goggin
1495 Valley Center Parkway, Suite 350
Bethlehem, PA 18017-2342
E-mail: pglees@mdwcg.com

Andrew J. Bellwoar, Esq. (attorney for Oley Township)
Susan L. DiGiacomo, Esq.
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
E-mail: ajbellwoar@sianalaw.com
sdigiacomo@sianalaw.com

2. Two courtesy copies of Plaintiffs Asphalt Paving Systems, Inc. and Dosch-King Co., Inc.'s Brief in Opposition to Defendant Asphalt Maintenance Solutions, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint has been sent via overnight mail to:

The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA 19106-1797

HANKIN SANDMAN & PALLADINO
Counsellors at Law
A Professional Corporation

Dated: August 14, 2012

By: *John F. Palladino*
John F. Palladino, Esq.
Colin G. Bell, Esq.
john@hankinsandman.com
coling@hankinsandman.com
**Attorneys for Plaintiffs, Asphalt Paving Systems, Inc. and Dosch-King Co., Inc.**

U:\My Files\Asphalt Paving\Asphalt Maint - Hammaker\Pleadings\Mtn to Dismiss\Cert of Service.wpd