IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPHALT PAVING SYSTEMS, INC. and DOSCH-KING CO., INC., Plaintiffs, | No. 12-2370 |
| v. | |
| ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE; LOWER MACUNGIE TOWNSHIP and OLEY TOWNSHIP, Defendants. | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Steven E. Hoffman, do hereby certify that on the 18th day of September, 2012, a true and correct copy of Defendant, Asphalt Maintenance Solutions, LLC's Reply Brief has been filed electronically and is available for viewing and downloading from the ECF system.

Served electronically upon:

***ATTORNEYS FOR PLAINTIFFS ASPHALT PAVING SYSTEMS, INC. AND DOSCH-KING CO., INC.***

- **COLIN G. BELL**
  coling@hankinsandman.com,kimp@hankinsandman.com,
  tinag@hankinsandman.com
- **JOHN F. PALLADINO**
  john@hankinsandman.com
- **RAYMOND J. WENT, JR.**
  rayw@hankinsandman.com

***ATTORNEYS FOR OLEY TOWNSHIP***

- **ANDREW J. BELLWOAR**
  ajbellwoar@sianalaw.com,rakochel@sianalaw.com
- **SUSAN L. DIGIACOMO**
  sdigiacomo@sianalaw.com

***ATTORNEYS FOR LOWER MACUNGIE TOWNSHIP***

- **PAUL G. LEES**
  pglees@mdwcg.com

***ATTORNEYS FOR PLUMSTEAD TOWNSHIP and SOLEBURY TOWNSHIP***

- **HARRY G. MAHONEY**
  hgmahoney@dmvnlaw.com,kanderson@dmvnlaw.com
- **MAY MON POST**
  mpost@dmvnlaw.com, sheppler@dmvnlaw.com

***ATTORNEYS FOR BOROUGH OF MACUNGIE***

- **H. PETER NELSON**
  pnelson@grimlaw.com,froopchand@grimlaw.com,amadle@grimlaw.com,parmstrong@grimlaw.com

***ATTORNEYS FOR NORTH WHITEHALL TOWNSHIP***

- **LISA A. YOUNG**
  younglaw@ptd.net

***ATTORNEYS FOR UPPER MACUNGIE TOWNSHIP***

- **ANITA B. WEINSTEIN**
  aweinstein@cozen.com, dmcwilliams@cozen.com
- **ANN T. FIELD**
  afield@cozen.com,bplefka@cozen.com
- **MARYTERESA SOLTIS**
  msoltis@cozen.com

NORRIS McLAUGHLIN & MARCUS, P.A.

By: */s/ Steven E. Hoffman*
Steven E. Hoffman, Esquire
Attorney I.D. No. 63911