Hankin Sandman & Palladino
30 S. New York Avenue
Atlantic City, NJ 08401
Phone: (609) 344-5161
Fax: (609) 344-7913
***Attorneys for Plaintiff, Asphalt Paving Systems, Inc. and Dosch King Co., Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPHALT PAVING SYSTEMS, INC.; and DOSCH-KING CO., INC.,<br><br>Plaintiff<br><br>v.<br><br>ASPHALT MAINTENANCE SOLUTIONS, LLC; NORTH WHITEHALL TOWNSHIP; PLUMSTEAD TOWNSHIP; SOLEBURY TOWNSHIP; UPPER MACUNGIE TOWNSHIP; BOROUGH OF MACUNGIE, LOWER MACUNGIE TOWNSHIP; and OLEY TOWNSHIP,<br>Defendants | Civil Action No.: 5:12-cv-2370-CMR |

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE this matter having been resolved as to Plaintiffs Asphalt Paving Systems, Inc. and Dosch-King Co., Inc. and Defendants North Whitehall Township, Plumstead Township, Solebury Township, Upper Macungie Township, Borough of Macungie, Lower Macungie Township and Oley Township (the “Municipal Defendants”), pursuant to a written settlement agreement, the terms of which are incorporated herein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs hereby dismiss this

action with prejudice and without costs as to the Municipal Defendants only, subject to the Court's retention of jurisdiction to enforce the terms of the settlement agreement.

HANKIN SANDMAN & PALLADINO
Counsellors at Law
A Professional Corporation

Dated: October 12, 2012

By: *John F. Palladino* /s/
John F. Palladino, Esq.

U:\My Files\Asphalt Paving\Asphalt Maint - Hammaker\Pleadings\Notice of Dismissal.wpd